OF CARPENTERS AS EXCLUSIVE BARGAINING REPRESENTATIVE AND ADOPTING ALL COLLECTIVE BARGAINING AGREEMENTS TO WHICH THAT LABOR ORGANIZATION (OR ITS PREDECESSORS) IS A PARTY

THIS AGREEMENT made and entered into by and between _____ ("the EMPLOYER") and the MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS, affiliated with the United Brotherhood of Carpenters and Joiners of America, AFL-CIO ("the UNION").

In consideration of the benefits to be derived and other good and valuable consideration, the parties agree and contract as follows:

1. Pursuant to Section 8(F) of the Labor Management Relations Act, the EMPLOYER recognizes the UNION as the exclusive bargaining representative of all of the EMPLOYER'S employees within the UNION'S GEOGRAPHICAL AND OCCUPATIONAL JURISDICTIONS. The EMPLOYER agrees to accord the UNION Section 9(A) representational status upon the UNION'S presentation of authorization cards designating the UNION as the exclusive representative for purposes of collective bargaining signed by a majority of the employees in the bargaining unit described above.

2. The parties agree to be bound by and observe the terms and conditions of all current Labor Agreements to which the UNION or its predecessor District Councils (the Central Illinois District Council of Carpenters and the East Central Illinois District Council of Carpenters) is/are party(ies), including, but not limited to, the Collective Bargaining Agreements between the MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS AND THE BUILDERS ASSOCIATION OF TAZEWELL COUNTY, CENTRAL ILLINOIS BUILDERS OF A.G.C., MCLEAN COUNTY CONTRACTORS GROUP AND GREATER PEORIA CONTRACTORS AND SUPPLIERS ASSOCIATION, INC. AND NATIONAL TERRAZZO AND MOSIAC ASSOCIATION, and the Collective Bargaining Agreements between the MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS AND THE CENTRAL ILLINOIS BUILDERS CHAPTER OF A.G.C., THE ALLIED BUILDERS ASSOCIATION AND THE ASSOCIATED CONTRACTORS OF QUINCY.

3. Relevant EMPLOYER Information:

   Federal ID # _____  Unemployment # _____

   Certification of Workers' Compensation Insurance Coverage: ___

   Name of Workers' Compensation Insurance Carrier: _____

   Expiration Date of Workers' Compensation Ins. Policy: _____

   Name and Address of Insurance Agent: _____

4. THIS AGREEMENT is to be given full force and effect as of the date that appears below.

IN WITNESS WHEREOF, the parties have executed this Agreement this 3rd day of Feb, 1994.

R.J. Unes Construction
NAME OF COMPANY

8008 N. Sommer ST
STREET ADDRESS

Peoria   IL   61615
CITY      STATE  ZIP

(309) 693-9351
(AREA CODE) TELEPHONE NUMBER

NAME: Robert Unes
(please print)

Robert J. Unes
(signature)

OWNER
TITLE

MID-CENTRAL ILLINOIS DISTRICT COUNCIL OF CARPENTERS

P.O. BOX 4365, #1 KALMIA WAY
STREET ADDRESS

SPRINGFIELD, ILLINOIS   62708
CITY           STATE   ZIP

217   744-1831
(AREA CODE) TELEPHONE NUMBER

BY: Bob Rhoades
BUSINESS REPRESENTATIVE FOR
CARPENTERS LOCAL # 183

698-1830
BUSINESS REPRESENTATIVE'S
TELEPHONE NUMBER

RECEIVED MAR 11 1994
MID CENTRAL ILLINOIS DISTRICT COUNCIL

SENT TO FUND OFFICES 3/18/94

EXHIBIT B