IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, and CARPENTERS LOCAL 183, | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | No. |
| ROBERT UNES d/b/a R.J. UNES CONSTRUCTION, | ) ) ) ) | |
| Defendant. | ) | |

## AFFIDAVIT IN SUPPORT OF ATTORNEY FEES

I, JAMES P. MOODY, having first been duly sworn on oath, state that the following itemization accurately represents the time and costs expended by Cavanagh & O'Hara in this cause:

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 3/18/04 | Received and reviewed letter regarding delinquency, signed agreement, and reporting forms from Janet Kerns with the Fund Office. Preparation of demand letter to employer. | 1.00 |
| 3/19/04 | Received and reviewed correspondence from Janet Kerns at the Fund Office regarding Bob Unes' payment of delinquency. Review file. Received and reviewed second correspondence from Janet Kerns regarding proceeding with demand letter for delinquent contributions. | 0.25 |
| 4/15/04 | Telephone conference with Bob Unes of RJ Unes Construction regarding payment of late fees and attorney fees. Review file. | 0.25 |

1



| | | |
|---|---|---|
| 4/16/04 | Received and reviewed correspondence from Janet kerns regarding RJ Unes Construction. | 0.10 |
| 4/21/04 | Review file. Preparation of Promissory Note and Settlement Agreement for delinquency of RJ Unes Construction. Transmittal of same to Janet Kerns at the Fund Office. Preparation of correspondence to Robert Unes enclosing Note and Settlement Agreement. | 1.80 |
| 5/17/04 | Telephone conference with Bob of RJ Unes Construction regarding payment and execution of Installment Note. Review file. | 0.30 |
| 5/19/04 | Received and reviewed installment payment and payment #1 from Bob Unes of RJ Unes Construction. Review file. Preparation of letter to Janet Kerns of the Fund Office enclosing same. Calendar payment plan. | 0.75 |
| 7/8/04 | Telephone conference with Bob Unes regarding installment payment pursuant to Promissory Note. | 0.20 |
| 7/13/04 | Received and reviewed payment from RJ Unes Construction pursuant to installment agreement. Review file. Preparation of letter to Janet Kerns enclosing same. | 0.50 |
| 9/7/04 | Review file. Preparation of letter to employer demanding payment pursuant to Installment note. | 0.80 |
| 9/7/04 | Received and reviewed correspondence from Janet at the Fund Office regarding status of file. Review file. Preparation of response to Janet regarding same. | 0.10 |
| 9/14/04 | Received and reviewed installment payment from RJ Unes. Review file. Preparation of correspondence to Janet at the Fund Office enclosing same. | 0.60 |
| 10/5/04 | Received and reviewed payment from RJ Unes for late fees pursuant to installment note. Review file. Preparation of letter to Janet Kerns at the Fund Office enclosing same. | 0.50 |
| 10/12/04 | Received and reviewed correspondence from Janet Kerns regarding RJ Unes delinquency. Preparation of demand letter to employer for delinquent contributions for June 2003 through current. | 1.00 |

| Date | Description | Hours |
|---|---|---|
| 10/20/04 | Telephone conference with Bob Unes of RJ Unes Construction regarding payment of delinquency and installment payment. Review file. Preparation of email to Janet Kerns at the Fund Office regarding same. | 0.25 |
| 10/28/04 | Received and reviewed correspondence from Janet at the Fund Office requesting status update. Review of file. Preparation of status update. Transmittal of same to Janet. | 1.00 |
| 11/15/04 | Telephone conference with Bob Unes of RJ Unes Construction regarding payment of delinquency. Preparation of correspondence to Janet Kerns at the Fund Office regarding same. | 0.20 |
| 12/2/04 | Review file. Preparation of demand letter to delinquent employer for payment pursuant to installment note. | 0.70 |
| 12/7/04 | Received and reviewed email from Janet Kerns regarding delinquency status of RJ Unes. Preparation of demand letter to employer for June 2004 through current. | 1.00 |
| 12/14/04 | Received and reviewed installment payment from RJ Unes. Preparation of letter to Janet at the Fund Office enclosing same. | 0.50 |
| 1/6/05 | Review file. Telephone conference with Bob Unes of RJ Unes Construction regarding payment. | 0.20 |
| 1/10/05 | Received and reviewed correspondence from Janet Kerns regarding RJ Unes matter. Review file. | 0.10 |
| 1/20/05 | Received and reviewed installment payment for December and January and reporting forms for June 2004 through September 2004. Review file. Preparation of letter to Janet Kerns at the Fund Office enclosing same. | 0.80 |
| 2/3/05 | Received and reviewed correspondence from Janet Kerns with the Fund Office regarding delinquency. | 0.10 |
| 3/8/05 | Left message for Bob Unes regarding payment on installment note. Preparation of final notice regarding same. | 0.50 |
| 3/16/05 | Received and reviewed correspondence from Janet Kerns regarding delinquency. Preparation of demand letter to employer regarding payment of same. | 0.75 |

| Date | Description | Hours |
|---|---|---|
| 4/11/05 | Review file. Left message for Bob Unes regarding payment of delinquency. Preparation of correspondence to Janet Kerns regarding same. | 0.15 |
| 4/11/05 | Telephone conference with Janet Kerns regarding RJ Unes Construction. | 0.10 |
| 4/11/05 | Telephone conference with Bob Unes of RJ Unes Construction regarding payment of delinquency and payment plan. Review file. | 0.25 |
| 4/18/05 | Received and reviewed correspondence and payment pursuant to executed installment agreement. Review file. Preparation of correspondence to Janet Kerns enclosing same. | 0.75 |
| 5/10/05 | Review file. Calculate outstanding amounts due. Preparation of email to Janet Kerns regarding same. | 0.50 |
| 5/19/05 | Telephone conference with Illinois Secretary of State to obtain corporate status. Telephone conference with Sheriff's Department regarding service of Summons. Preparation of draft Complaint and Affidavit in Support of Attorney Fees. | 1.80 |
| 5/20/05 | Finalize complaint. Preparation of Civil Coversheet, Certificate of Interest and Summons. Assemble exhibits. | 1.00 |
|  | TOTAL HOURS 18.80 X $155.00 PER HOUR | $2,914.00 |
| 5/20/05 | U.S. District Court | $250.00 |
| 5/20/05 | Peoria County Sheriff | $23.83 |
|  | **TOTAL AMOUNT DUE** | **$3,187.83** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

s/ JAMES P. MOODY
JAMES P. MOODY
**CAVANAGH & O'HARA**
Attorney for Plaintiffs
1609 North Illinois Street
Swansea, Illinois 62226
Telephone: 618/222-5945
Facsimile: 618/222-6755
jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me on this 27 day of May, 2005.

_____
NOTARY PUBLIC

OFFICIAL SEAL
TAMARA M. STICE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-26-2006