## BREAKDOWN OF MONIES OWED BY
## ROBERT UNES d/b/a R.J. UNES CONSTRUCTION

| | |
|---|---|
| April 15, 2005 installment payment | $1,890.00 **(See Attached Settlement Agreement)** |
| May 15, 2005 installment payment | $1,263.81 **(See Attached Settlement Agreement)** |
| June - September 2004 contributions | $11,965.84* **(See Below)** |
| June - September 2004 liquidated damages | $2,393.16 **(20% times $11,965.84)** |
| Interest due | $3,704.82 **(See Exhibit F)** |
| **TOTAL DUE** | **$21,217.63** |

**\* Amounts per Attached Reporting Forms**

```
$    322.40
$  2,682.24
$  1,209.00
$  2,032.00
$    664.80
$  2,265.68
$  1,585.76
$  1,203.96
$11,965.84*
```


EXHIBIT E

**CENTRAL ILLINOIS CARPENTERS**
**HEALTH AND WELFARE TRUST FUND**

6180 Reliable Parkway
Chicago, IL 60686
PH: (217) 732-1919 * FAX (217) 732-7799

RFCTL#: 853

| JOB LOCATIONS | |
|---|---|
| 13 DECATUR BL | 1051 DANVILLE |
| 16 SPRINGFIELD TMT | 1051 DECATUR |
| 63 BLOOMINGTON | 1051 GALESBURG |
| 103 DECATUR CM | 1051 JACKSONVILLE |
| 183 GALESBURG | 1051 LINCOLN |
| 183 PEORIA | 1051 MACOMB |
| 644 LINCOLN | 1051 MATTOON |
| 644 MACOMB | 1051 PEKIN |
| 644 PEKIN | 1051 PEORIA |
| 742 DECATUR | 1051 QUINCY |
| 1051 BLOOMINGTON | 1051 SPRINGFIELD |
| 1051 CHAMPAIGN | |

**CHECK HERE**
- ☐ COMMERCIAL
- ☑ RESIDENTIAL
- ☐ HIGHWAY & HEAVY
- ☐ MILLSHOP
- ☐ NO WORK THIS MONTH
- ☐ FINAL-REPORT

04285/23442 RESIDENTIAL CONTRACT

PHONE: 309-693-9356

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA IL 61615

**JOB LOCATION**: PEORIA 183

**HOURS WORKED MONTH OF**: JUNE 2004

| SOCIAL SECURITY NO. | EMPLOYEE (LAST NAME, FIRST NAME) | LOCAL NO. | REGULAR HRS. | OVER TIME HRS. | DOUBLE TIME HRS. |
|---|---|---|---|---|---|
| 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 | COBBS ROLAND D | 0183 | — | | |
| 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 | LEWIS KIRK | 0183 | — | | |
| 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 | STEGMAIER MARK | 0183 | — | | |
| 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 | TOWERY RANDY L | 0183 | 20 | | |
| 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 | TOWERY RANDY L | 0183 | 20 | | |

| REGULAR | | AMOUNT DUE | OVER TIME | | AMOUNT DUE | DOUBLE TIME | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | RATE | | TOTAL HOURS | RATE | | TOTAL HOURS | RATE | |
| 40 | X 8.0600 = | 322.40 | | X 8.0600 = | | | X 8.0600 = | |

DO NOT USE THIS SPACE — NOTES

RECEIVED | CHECK NO. | AMOUNT $

**NOTES**:
1. THE NAMES ON THIS MONTHLY REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.
2. BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO HAD WORK HOURS DURING THIS PERIOD.
3. REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES OF 20% AND INTEREST ON THE AMOUNT DUE.

PRIOR BALANCE DUE OR CREDIT AVAILABLE:

**TOTAL AMOUNT DUE**: 322.40

SIGNED: R.J. Unes     TITLE: Owner

MAKE CHECK PAYABLE AND MAIL ALONG WITH A
COPY OF THIS REPORT TO >>>>>>>>>>>>>>>>>>>

**CENTRAL ILLINOIS CARPENTERS**
**HEALTH AND WELFARE TRUST FUND**

6180 Reliable Parkway
Chicago, IL 60686
PH: (217) 732-1919 * FAX (217) 732-7799

RFCTL#: 854

04285/23446 COMMERCIAL CONTRACTO

PHONE: 309-693-9356

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA  IL 61615

| JOB LOCATIONS | |
|---|---|
| 13 DECATUR BL | 1051 DANVILLE |
| 16 SPRINGFIELD TMT | 1051 DECATUR |
| 63 BLOOMINGTON | 1051 GALESBURG |
| 103 DECATUR CM | 1051 JACKSONVILLE |
| 183 GALESBURG | 1051 LINCOLN |
| 183 PEORIA | 1051 MACOMB |
| 644 LINCOLN | 1051 MATTOON |
| 644 MACOMB | 1051 PEKIN |
| 644 PEKIN | 1051 PEORIA |
| 742 DECATUR | 1051 QUINCY |
| 1051 BLOOMINGTON | 1051 SPRINGFIELD |
| 1051 CHAMPAIGN | |

**CHECK HERE**
- [ ] COMMERCIAL
- [ ] RESIDENTIAL
- [ ] HIGHWAY & HEAVY
- [ ] MILLSHOP
- [ ] NO WORK THIS MONTH
- [ ] FINAL-REPORT

**JOB LOCATION:** PEORIA 183

**HOURS WORKED MONTH OF:** JUNE 2004

| SOCIAL SECURITY NO. | EMPLOYEE (LAST NAME, FIRST NAME) | LOCAL NO. | REGULAR HRS. | OVER TIME HRS. | DOUBLE TIME HRS. |
|---|---|---|---|---|---|
| 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 | TOWERY RANDY L | 183 | 132 | | |
| 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 | TOWERY RANDY LEE | 183 | 132 | | |

| REGULAR | | AMOUNT DUE | OVER TIME | | AMOUNT DUE | DOUBLE TIME | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | RATE | | TOTAL HOURS | RATE | | TOTAL HOURS | RATE | |
| 264 | x 10.1600 = | 2682.24 | | x 14.3100 = | | | x 18.4600 = | |

DO NOT USE THIS SPACE | NOTES

| RECEIVED | CHECK NO. | AMOUNT $ |
|---|---|---|

NOTES:
1. THE NAMES ON THIS MONTHLY REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.
2. BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO HAD WORK HOURS DURING THIS PERIOD.
3. REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES OF 20% AND INTEREST ON THE AMOUNT DUE.

PRIOR BALANCE DUE OR CREDIT AVAILABLE

TOTAL AMOUNT DUE: 2682.24

SIGNED: R.J. Unes
TITLE: Owner

HLY REPORT
CHECK PAYABLE AND MAIL ALONG WITH A
OF THIS REPORT TO >>>>>>>>>>>>>>>>>>>

**CENTRAL ILLINOIS CARPENTERS**
**HEALTH AND WELFARE TRUST FUND**

6180 Reliable Parkway
Chicago, IL 60686
PH: (217) 732-1919 * FAX (217) 732-7799

RFCTL#: 854

| JOB LOCATIONS | |
|---|---|
| 13 DECATUR BL | 1051 DANVILLE |
| 16 SPRINGFIELD TMT | 1051 DECATUR |
| 63 BLOOMINGTON | 1051 GALESBURG |
| 103 DECATUR CM | 1051 JACKSONVILLE |
| 183 GALESBURG | 1051 LINCOLN |
| 183 PEORIA | 1051 MACOMB |
| 644 LINCOLN | 1051 MATTOON |
| 644 MACOMB | 1051 PEKIN |
| 644 PEKIN | 1051 PEORIA |
| 742 DECATUR | 1051 QUINCY |
| 1051 BLOOMINGTON | 1051 SPRINGFIELD |
| 1051 CHAMPAIGN | |

**CHECK HERE**
- [ ] COMMERCIAL
- [✓] RESIDENTIAL
- [ ] HIGHWAY & HEAVY
- [ ] MILLSHOP
- [ ] NO WORK THIS MONTH
- [ ] FINAL-REPORT

285/23442 RESIDENTIAL CONTRACT

HONE: 309-693-9356

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA  IL 61615

**JOB LOCATION:** PEORIA 183

**HOURS WORKED MONTH OF:** JULY 2004

| SOCIAL SECURITY NO. | EMPLOYEE (LAST NAME, FIRST NAME) | LOCAL NO. | REGULAR HRS. | OVER TIME HRS. | DOUBLE TIME HRS. |
|---|---|---|---|---|---|
| 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 | TOWERY RANDY L | 0183 | 85 | | |
| 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 | TOWERY RANDY L | 0183 | 65 | | |

| REGULAR | | AMOUNT DUE | OVER TIME | | AMOUNT DUE | DOUBLE TIME | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | RATE | | TOTAL HOURS | RATE | | TOTAL HOURS | RATE | |
| 150 | X 8.0600 = | 1209 | | X 8.0600 = | | | X 8.0600 = | |

**DO NOT USE THIS SPACE** — **NOTES**

| RECEIVED | CHECK NO. | AMOUNT $ | |
|---|---|---|---|

NOTES:
1. THE NAMES ON THIS MONTHLY REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.
2. BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO HAD WORK HOURS DURING THIS PERIOD.
3. REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES OF 20% AND INTEREST ON THE AMOUNT DUE.

PRIOR BALANCE DUE OR CREDIT AVAILABLE

TOTAL AMOUNT DUE: 1209

SIGNED: R.J. Unes   TITLE: Owner

**MONTHLY REPORT**
MAKE CHECK PAYABLE AND MAIL ALONG WITH A
COPY OF THIS REPORT TO >>>>>>>>>>>>>>>>>

**CENTRAL ILLINOIS CARPENTERS**
**HEALTH AND WELFARE TRUST FUND**

6180 Reliable Parkway
Chicago, IL 60686
PH: (217) 732-1919 * FAX (217) 732-7799

RFCTL#: 855

| JOB LOCATIONS | | | | CHECK HERE | |
|---|---|---|---|---|---|
| 13 | DECATUR BL | 1051 | DANVILLE | ✓ | COMMERCIAL |
| 16 | SPRINGFIELD TMT | 1051 | DECATUR | ☐ | RESIDENTIAL |
| 63 | BLOOMINGTON | 1051 | GALESBURG | ☐ | HIGHWAY & HEAVY |
| 103 | DECATUR CM | 1051 | JACKSONVILLE | ☐ | MILLSHOP |
| 183 | GALESBURG | 1051 | LINCOLN | ☐ | NO WORK THIS MONTH |
| 183 | PEORIA | 1051 | MACOMB | ☐ | FINAL-REPORT |
| 644 | LINCOLN | 1051 | MATTOON | | |
| 644 | MACOMB | 1051 | PEKIN | | |
| 644 | PEKIN | 1051 | PEORIA | | |
| 742 | DECATUR | 1051 | QUINCY | | |
| 1051 | BLOOMINGTON | 1051 | SPRINGFIELD | | |
| 1051 | CHAMPAIGN | | | | |

04285/23446 COMMERCIAL CONTRACTO

PHONE: 309-693-9356

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA IL 61615

| JOB LOCATION | HOURS WORKED MONTH OF |
|---|---|
| PEORIA 183 | JULY 2004 |

| SOCIAL SECURITY NO. | EMPLOYEE (LAST NAME, FIRST NAME) | LOCAL NO. | REGULAR HRS. | OVER TIME HRS. | DOUBLE TIME HRS. |
|---|---|---|---|---|---|
| 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 | TOWERY RANDY L | 0183 | 105 | | |
| 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 | TOWERY RANDY L | 0183 | 95 | | |

| REGULAR | | AMOUNT DUE | OVER TIME | | AMOUNT DUE | DOUBLE TIME | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | RATE | | TOTAL HOURS | RATE | | TOTAL HOURS | RATE | |
| 200 | X 10.1600 = | 2032 | | X 14.3100 = | | | X 18.4600 = | |

DO NOT USE THIS SPACE        NOTES

| RECEIVED | CHECK NO. | AMOUNT $ |
|---|---|---|

**NOTES**
1. THE NAMES ON THIS MONTHLY REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.
2. BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO HAD WORK HOURS DURING THIS PERIOD.
3. REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES OF 20% AND INTEREST ON THE AMOUNT DUE.

PRIOR BALANCE DUE OR CREDIT AVAILABLE

TOTAL AMOUNT DUE: 2032

SIGNED: R.J. Unes    TITLE: Owner

MONTHLY REPORT
MAKE CHECK PAYABLE AND MAIL ALONG WITH A
COPY OF THIS REPORT TO >>>>>>>>>>>>>>>>>>

**CENTRAL ILLINOIS CARPENTERS**
**HEALTH AND WELFARE TRUST FUND**

6180 Reliable Parkway
Chicago, IL 60686
PH: (217) 732-1919 * FAX (217) 732-7799

RFCTL#: 838

04285/23442 RESIDENTIAL CONTRACT

PHONE: 309-693-9356

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA IL 61615

| JOB LOCATIONS | |
|---|---|
| 13 DECATUR BL | 1051 DANVILLE |
| 16 SPRINGFIELD TMT | 1051 DECATUR |
| 63 BLOOMINGTON | 1051 GALESBURG |
| 103 DECATUR CM | 1051 JACKSONVILLE |
| 183 GALESBURG | 1051 LINCOLN |
| 183 PEORIA | 1051 MACOMB |
| 644 LINCOLN | 1051 MATTOON |
| 644 MACOMB | 1051 PEKIN |
| 644 PEKIN | 1051 PEORIA |
| 742 DECATUR | 1051 QUINCY |
| 1051 BLOOMINGTON | 1051 SPRINGFIELD |
| 1051 CHAMPAIGN | |

| CHECK HERE |
|---|
| ☐ COMMERCIAL |
| ☑ RESIDENTIAL |
| ☐ HIGHWAY & HEAVY |
| ☐ MILLSHOP |
| ☐ NO WORK THIS MONTH |
| ☐ FINAL-REPORT |

| JOB LOCATION |
|---|
| PEORIA 183 |

| HOURS WORKED MONTH OF |
|---|
| AUGUST 2004 |

| SOCIAL SECURITY NO. | EMPLOYEE (LAST NAME, FIRST NAME) | LOCAL NO. | REGULAR HRS. | OVER TIME HRS. | DOUBLE TIME HRS. |
|---|---|---|---|---|---|
| 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 | TOWERY RANDY L | 0183 | 40 | | |
| 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 | TOWERY RANDY L | 0183 | 40 | | |

| REGULAR | | AMOUNT DUE | OVER TIME | | AMOUNT DUE | DOUBLE TIME | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | RATE | | TOTAL HOURS | RATE | | TOTAL HOURS | RATE | |
| 80 | x 8.3100 = | 664.80 | | x 8.3100 = | | | x 8.3100 = | |

DO NOT USE THIS SPACE — NOTES

| RECEIVED | CHECK NO. | AMOUNT $ |
|---|---|---|

NOTES:
1. THE NAMES ON THIS MONTHLY REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.
2. BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO HAD WORK HOURS DURING THIS PERIOD.
3. REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES OF 20% AND INTEREST ON THE AMOUNT DUE.

PRIOR BALANCE DUE OR CREDIT AVAILABLE

TOTAL AMOUNT DUE: 664.80

SIGNED: R.J. Unes       TITLE: Owner

MONTHLY REPORT
MAKE CHECK PAYABLE AND MAIL ALONG WITH A
COPY OF THIS REPORT TO >>>>>>>>>>>>>>>>>>>>>

**CENTRAL ILLINOIS CARPENTERS
HEALTH AND WELFARE TRUST FUND**

6180 Reliable Parkway
Chicago, IL 60686
PH: (217) 732-1919 * FAX (217) 732-779

RFCTL#: 839

| JOB LOCATIONS | |
|---|---|
| 13 DECATUR BL | 1051 DANVILLE |
| 16 SPRINGFIELD TMT | 1051 DECATUR |
| 63 BLOOMINGTON | 1051 GALESBURG |
| 103 DECATUR CM | 1051 JACKSONVILLE |
| 183 GALESBURG | 1051 LINCOLN |
| 183 PEORIA | 1051 MACOMB |
| 644 LINCOLN | 1051 MATTOON |
| 644 MACOMB | 1051 PEKIN |
| 644 PEKIN | 1051 PEORIA |
| 742 DECATUR | 1051 QUINCY |
| 1051 BLOOMINGTON | 1051 SPRINGFIELD |
| 1051 CHAMPAIGN | |

CHECK HERE
- [x] COMMERCIAL
- [ ] RESIDENTIAL
- [ ] HIGHWAY & HEAVY
- [ ] MILLSHOP
- [ ] NO WORK THIS MONTH
- [ ] FINAL-REPORT

04285/23446 COMMERCIAL CONTRACTO

PHONE: 309-693-9356

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA IL 61615

JOB LOCATION: PEORIA 183

HOURS WORKED MONTH OF: AUGUST 2004

| SOCIAL SECURITY NO. | EMPLOYEE (LAST NAME, FIRST NAME) | LOCAL NO. | REGULAR HRS. | OVER TIME HRS. | DOUBLE TIME HRS |
|---|---|---|---|---|---|
| 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 | TOWERY RANDY L | 0183 | 103 | | |
| 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 | TOWERY RANDY L | 0183 | 120 | | |

| REGULAR | | AMOUNT DUE | OVER TIME | | AMOUNT DUE | DOUBLE TIME | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | RATE | | TOTAL HOURS | RATE | | TOTAL HOURS | RATE | |
| 223 | X 10.1600 = | 2265.68 | | X 14.3100 = | | | X 18.4600 = | |

DO NOT USE THIS SPACE — NOTES

RECEIVED | CHECK NO. | AMOUNT $

NOTES:
1. THE NAMES ON THIS MONTHLY REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.
2. BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO HAD WORK HOURS DURING THIS PERIOD.
3. REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES OF 20% AND INTEREST ON THE AMOUNT DUE.

PRIOR BALANCE DUE OR CREDIT AVAILABLE:

TOTAL AMOUNT DUE: 2265.68

SIGNED: R.J. Unes    TITLE: Owner

# CENTRAL ILLINOIS CARPENTERS
## HEALTH AND WELFARE TRUST FUND

6180 Reliable Parkway
Chicago, IL 60686
PH: (217) 732-1919 * FAX (217) 732-7799

RFCTL#: 820

04285/23442 RESIDENTIAL CONTRACT

PHONE: 309-693-9356

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA IL 61615

| JOB LOCATIONS | |
|---|---|
| 13 DECATUR BL | 1051 DANVILLE |
| 16 SPRINGFIELD TMT | 1051 DECATUR |
| 63 BLOOMINGTON | 1051 GALESBURG |
| 103 DECATUR CM | 1051 JACKSONVILLE |
| 183 GALESBURG | 1051 LINCOLN |
| 183 PEORIA | 1051 MACOMB |
| 644 LINCOLN | 1051 MATTOON |
| 644 MACOMB | 1051 PEKIN |
| 644 PEKIN | 1051 PEORIA |
| 742 DECATUR | 1051 QUINCY |
| 1051 BLOOMINGTON | 1051 SPRINGFIELD |
| 1051 CHAMPAIGN | |

**CHECK HERE**
- [ ] COMMERCIAL
- [x] RESIDENTIAL
- [ ] HIGHWAY & HEAVY
- [ ] MILLSHOP
- [ ] NO WORK THIS MONTH
- [ ] FINAL-REPORT

**JOB LOCATION:** PEORIA 183

**HOURS WORKED MONTH OF:** SEPTEMBER 2004

| SOCIAL SECURITY NO. | EMPLOYEE (LAST NAME, FIRST NAME) | LOCAL NO. | REGULAR HRS. | OVER TIME HRS. | DOUBLE TIME HRS. |
|---|---|---|---|---|---|
| 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 | COBBS ROLAND D | 0183 | | | |
| 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 | LEWIS KIRK | 0183 | — | | |
| 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 | STEGMAIER MARK | 0183 | — | | |
| 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 | TOWERY RANDY L | 0183 | 97 | | |
| 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 | TOWERY RANDY L | 0183 | 90 | | |

| REGULAR | | AMOUNT DUE | OVER TIME | | AMOUNT DUE | DOUBLE TIME | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | RATE | | TOTAL HOURS | RATE | | TOTAL HOURS | RATE | |
| 187 | x 8.4800 = | 1585.76 | | x 8.4800 = | | | x 8.4800 = | |

DO NOT USE THIS SPACE — NOTES

| RECEIVED | CHECK NO. | AMOUNT $ |
|---|---|---|

**NOTES:**
1. THE NAMES ON THIS MONTHLY REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.
2. BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO HAD WORK HOURS DURING THIS PERIOD.
3. REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES OF 20% AND INTEREST ON THE AMOUNT DUE.

PRIOR BALANCE DUE OR CREDIT AVAILABLE

TOTAL AMOUNT DUE: 1585.76

SIGNED: R.J. Unes       TITLE: Owner

MONTHLY REPORT
MAKE CHECK PAYABLE AND MAIL ALONG WITH A
COPY OF THIS REPORT TO >>>>>>>>>>>>>>>>>

**CENTRAL ILLINOIS CARPENTERS**
**HEALTH AND WELFARE TRUST FUND**

6180 Reliable Parkway
Chicago, IL 60686
PH: (217) 732-1919 * FAX (217) 732-7799

RFCTL#: 821

| JOB LOCATIONS | |
|---|---|
| 13 DECATUR BL | 1051 DANVILLE |
| 16 SPRINGFIELD TMT | 1051 DECATUR |
| 63 BLOOMINGTON | 1051 GALESBURG |
| 103 DECATUR CM | 1051 JACKSONVILLE |
| 183 GALESBURG | 1051 LINCOLN |
| 183 PEORIA | 1051 MACOMB |
| 644 LINCOLN | 1051 MATTOON |
| 644 MACOMB | 1051 PEKIN |
| 644 PEKIN | 1051 PEORIA |
| 742 DECATUR | 1051 QUINCY |
| 1051 BLOOMINGTON | 1051 SPRINGFIELD |
| 1051 CHAMPAIGN | |

CHECK HERE
- [✓] COMMERCIAL
- [ ] RESIDENTIAL
- [ ] HIGHWAY & HEAVY
- [ ] MILLSHOP
- [ ] NO WORK THIS MONTH
- [ ] FINAL-REPORT

04285/23446 COMMERCIAL CONTRACTO

PHONE: 309-693-9356

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA IL 61615

JOB LOCATION: PEORIA 183

HOURS WORKED MONTH OF: SEPTEMBER 2004

| SOCIAL SECURITY NO. | EMPLOYEE (LAST NAME, FIRST NAME) | LOCAL NO. | REGULAR HRS. | OVER TIME HRS. | DOUBLE TIME HRS. |
|---|---|---|---|---|---|
| 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 | TOWERY RANDY L | 0183 | 63½ | | |
| 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 | TOWERY RANDY L | 0183 | 55 | | |

| REGULAR | | AMOUNT DUE | OVER TIME | | AMOUNT DUE | DOUBLE TIME | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | RATE | | TOTAL HOURS | RATE | | TOTAL HOURS | RATE | |
| 118½ | X 10.1600 | = 1203.96 | | X 14.3100 | = | | X 18.4600 | = |

DO NOT USE THIS SPACE — NOTES

RECEIVED | CHECK NO. | AMOUNT $

1. THE NAMES ON THIS MONTHLY REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.
2. BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO HAD WORK HOURS DURING THIS PERIOD.
3. REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES OF 20% AND INTEREST ON THE AMOUNT DUE.

PRIOR BALANCE DUE OR CREDIT AVAILABLE:

TOTAL AMOUNT DUE: 1203.96

SIGNED: R.J. Unes     TITLE: Owner

## SETTLEMENT AGREEMENT

It is hereby agreed by and between CENTRAL ILLINOIS CARPENTERS HEALTH AND WELFARE TRUST FUND, hereinafter referred to as "FUND", and R.J. UNES CONSTRUCTION, hereinafter referred to as "EMPLOYER", to enter into a Settlement Agreement with respect to the delinquent contributions owed to FUND by EMPLOYER.

**WITNESSETH:**

1. EMPLOYER agrees to make monthly payments to the FUND to retire the amount of $23,943.81.

| PAYMENT DUE | PAYMENT AMT | BALANCE DUE |
| --- | --- | --- |
| May 15, 2004 | $ 1,890.00 | $ 22,053.81 |
| June 15, 2004 | $ 1,890.00 | $ 20,163.81 |
| July 15, 2004 | $ 1,890.00 | $ 18,273.81 |
| August 15, 2004 | $ 1,890.00 | $ 16,383.81 |
| September 15, 2004 | $ 1,890.00 | $ 14,493.81 |
| October 15, 2004 | $ 1,890.00 | $ 12,603.81 |
| November 15, 2004 | $ 1,890.00 | $ 10,713.81 |
| December 15, 2004 | $ 1,890.00 | $ 8,823.81 |
| January 15, 2005 | $ 1,890.00 | $ 6,933.81 |
| February 15, 2005 | $ 1,890.00 | $ 5,043.81 |
| March 15, 2005 | $ 1,890.00 | $ 3,153.81 |
| April 15, 2005 | $ 1,890.00 | $ 1,263.81 |
| May 15, 2005 | $ 1,263.81 | $   -0- |

2. The above payments are to be made by cashier's check, company check or money order payable to CENTRAL ILLINOIS CARPENTERS HEALTH AND WELFARE TRUST FUND. Payments are to be mailed to the offices of Cavanagh & O'Hara, 1609 North Illinois Street, Swansea, Illinois 62226.

3. EMPLOYER <u>agrees to remain current on all monthly contributions due</u> to the FUND making monthly payments throughout the duration of this Agreement.

4. It is agreed between the parties that if EMPLOYER complies with FUND'S in full with this

Settlement Agreement, no further collection proceedings will be instituted. However, should EMPLOYER fail to make the payments as outlined above, this Settlement Agreement shall become null and void, the entire balance in the sum of $23,943.81 minus any previous payments will be immediately due and owing as of the first day of the following month and FUND shall use any means authorized by law to collect the balance due and owing, plus additional court costs and attorney's fees. EMPLOYER further agrees, that upon notice, they shall be required to appear before the Federal District Court, Central Illinois, to show cause why they have not complied with the Settlement Agreement and shall be subject to contempt for failure to show reasonable cause thereof.

This Agreement entered into this _14_ day of __May__, 2004, by and between the parties above written.

CENTRAL ILLINOIS CARPENTERS
HEALTH AND WELFARE TRUST
FUND

By: _____

Daniel M. McLaughlin
Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois 62226
(618) 222-5945
(618) 222-6755 - Fax

RJ UNES CONSTRUCTION

By: _____

# Promissory Note

**R.J. Unes Construction**, (hereinafter referred to as Employer), located at 8010-B North Sommer Street, Peoria, Illinois 61615, hereby promises to pay **Central Illinois Carpenters Health and Welfare Trust Fund** (hereinafter referred to as Fund) of 200 South Madigan Drive, Lincoln, Illinois 62656, the total sum of **$23,943.81** which includes the following: delinquencies to the Fund for employee contributions in the amount of **$22,588.50** plus interest at 6% (**$1,355.31**) for a total amount of due of **$23,943.81**. The twelve (12) installments shall begin on May 15, 2004 and end May 15, 2004. The twelve (12) installments shall be in the amount of $1,890.00 due the 15th day of each month. Failure to meet the monthly payments will result in the entire balance being due at once. As additional security, the undersigned hereby irrevocably authorizes any attorney of any court of record to appear for the undersigned in such court, after default in paying any of the foregoing installments due hereunder, and confess a judgment without process in favor of the holder of this note for such amount as may appear to be unpaid thereon, including all future installments not yet due and payable together with costs and reasonable attorney's fees incurred in collecting the balance due of this note after default in payment thereon.

It is hereby expressly understood and agreed that if default be made in payment of any installments of the above principal, the principal sum above mentioned or any balance unpaid thereon together with all arrangements thereon shall, at the option of the legal holder hereof, become immediately due and payable without notice, demand or presentment and shall be collectible immediately or at any time after such default.

Dated this 14 day of May, 2004.

Witnessed by:

_____

R.J. Unes Construction

Address: _____