# CENTRAL ILLINOIS CARPENTERS

*Health and Welfare Trust Fund*

200 S. MADIGAN DRIVE * LINCOLN, ILLINOIS 62656
(217) 732-1919 * FAX (217) 732-7799

MARCH 17, 2005

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA IL 61615

## BALANCE STATEMENT

CONTRACTOR # 04285

You have incurred late penalties for the following months:

| WORK PERIOD | DATE RECEIVED | LOCAL - LOCATION | GROUP | AMOUNT DUE |
|---|---|---|---|---|
| 05/31/2003 | 07/19/2004 | 0183 PEORIA | 23442 | 753.81 |
| 06/30/2003 | 09/21/2004 | 0183 PEORIA | 23442 | 797.01 |
| 07/31/2003 | 11/10/2004 | 0183 PEORIA | 23442 | 773.76 |
| 08/31/2003 | 12/20/2004 | 0183 PEORIA | 23442 | 874.90 |
| 09/30/2003 | 02/02/2005 | 0183 PEORIA | 23442 | 505.34 |

Total Balance Due: 3,704.82

Please remit payment within ten (10) days from the date of this letter. If you have any questions, please contact us.

EXHIBIT F

# CAVANAGH & O'HARA
### Attorneys At Law

1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
Fax (618) 222-6755

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara

James P. Moody
Daniel M. McLaughlin *
* Licensed in Missouri & Illinois

Of Counsel
Michael J. Masterson, P.C.

*Springfield Office*
407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

*Chicago Office*
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 624-3141
Telefax (312) 855-0445

March 16, 2005

RJ Unes Construction
ATTN: Robert Unes
8010-B North Sommer Street
Peoria, Illinois 61615

**RE:   Central Illinois Carpenters Health & Welfare Trust Fund
        June through Current contributions**

Dear Mr. Unes:

As you are aware, this firm serves as counsel to the Central Illinois Carpenters Health & Welfare Trust Fund. As such, we have been advised by the fund that you are delinquent in submitting report forms and the applicable contributions for the months of *June 2004 through current*.

If you feel that you have a valid reason for submitting your reports in an untimely manner of if you feel that this may be an error, please notify us immediately. *You are reminded that you must submit monthly reports even though you may not have any members working during those reporting months.*

You should be aware that if it is necessary for this firm to files suit, you will also be liable for twenty percent (20%) liquidated damages, court costs and attorneys' fees and costs for the collection of this delinquency.

Please submit your reporting forms and applicable contributions for the months of *June 2004 through current* to this office on or before Monday, March 28, 2005. Failure to do so will leave this office no other alternative but to file suit in the U.S. District Court for collection of same.

Very truly yours,

*Tami M Williams*

Tami M. Williams
Paralegal

cc:   Central Illinois Carpenters Health & Welfare Trust Fund/Janet Kerns

# CAVANAGH & O'HARA
Attorneys At Law

1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
Fax (618) 222-6755

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara

James P. Moody
Daniel M. McLaughlin *
* Licensed in Missouri & Illinois

Of Counsel
Michael J. Masterson, P.C.



*Springfield Office*
407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

*Chicago Office*
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 624-3141
Telefax (312) 855-0445

December 8, 2004

RJ Unes Construction
8010-B North Sommer Street
Peoria, Illinois 61615

**RE:   Central Illinois Carpenters Health & Welfare Trust Fund
         June through Current contributions**

Dear Employer:

Please be advised, this firm serves as counsel to the Central Illinois Carpenters Health & Welfare Trust Fund. As such, we have been advised by the fund that you are delinquent in submitting report forms and the applicable contributions for the months of *June 2004 through current*.

You should be aware that if it is necessary for this firm to files suit, you will also be liable for twenty percent (20%) liquidated damages, court costs and attorneys' fees and costs for the collection of this delinquency.

Please submit your reporting forms and applicable contributions for the months of *June 2004 through current* to this office on or before Wednesday, December 15, 2004. Failure to do so will leave this office no other alternative but to file suit in the U.S. District Court for collection of same.

Very truly yours,

*Tami M. Williams*
Tami M. Williams
Paralegal

Enclosure
cc:   Central Illinois Carpenters Health & Welfare Trust Fund/Janet Kerns
tmw/jb