E-FILED
Tuesday, 31 May, 2005 03:44:17 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, and CARPENTERS LOCAL 183, <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT UNES d/b/a R.J. UNES CONSTRUCTION, <br><br> Defendant. | FILED <br> MAY 3 1 2005 <br> JOHN M. WATERS, Clerk <br> U.S. DISTRICT COURT <br> CENTRAL DISTRICT OF ILLINOIS <br><br> No. 05-3135 |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, *et al.*, furnished the following in compliance with Local Rule 11.3 of this Court.

(a)  CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, and CARPENTERS LOCAL #183.

(b)  Not applicable.

(c)  CAVANAGH & O'HARA
William K. Cavanagh
Michael O'Hara
Patrick J. O'Hara
James P. Moody
John T. Long

DATED this 27th day of May 2005.

JAMES P. MOODY
**CAVANAGH & O'HARA**
1609 North Illinois Street
Swansea, Illinois 62226
Telephone:(618) 222-5945
Facsimile:(618) 222-6755

S:\c&o\Files\Carpenters\CARPH&W\RJ Unes\Certif.Interest1.wpd

2