# UNITED STATES DISTRICT COURT

__CENTRAL__ District of __ILLINOIS__

CENTRAL ILLINOIS CARPENTERS HEALTH
& WELFARE TRUST FUND, et. al.

V.

ROBERT UNES d/b/a R.J. UNES
CONSTRUCTION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-3135

TO: (Name and address of Defendant)

Robert Unes, Owner - *Personal Service Only*
d/b/a R.J. Unes Construction
8010-B Sommer Street
Peoria, Illinois 61615

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois 62226
(217) 544-1771

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters

CLERK

s/Christy Taylor

(By) DEPUTY CLERK

DATE  5-31-05