E-FILED
Friday, 24 June, 2005   10:16:01 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT

_____CENTRAL_____ District of _____ILLINOIS_____

CENTRAL ILLINOIS CARPENTERS HEALTH
& WELFARE TRUST FUND, et. al.

V.

ROBERT UNES d/b/a R.J. UNES
CONSTRUCTION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-3135

5898

TO: (Name and address of Defendant)

Robert Unes, Owner - *Personal Service Only*
d/b/a R.J. Unes Construction
8010-B Sommer Street
Peoria, Illinois 61615

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois 62226
(217) 544-1771

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

John M. Waters
_____
CLERK

Christy Taylor
_____
(By) DEPUTY CLERK

5-31-05
_____
DATE

[Stamp: PEORIA COUNTY SHERIFF'S DEPT / PEORIA COUNTY COURTHOUSE PEORIA IL 61602 / JUN 6  3 07 PM '05]

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                 Date                 Signature of Server

                         _____
                           Address of Server

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# COUNTY OF PEORIA - OFFICE OF THE SHERIFF

# Michael D. McCoy

324 MAIN STREET    ROOM B-20    PEORIA COUNTY COURTHOUSE    PEORIA, ILLINOIS 61602-1374    (309)672-6040

## PERSONAL
### RETURN OF SERVICE

STATE OF ILLINOIS - COUNTY OF PEORIA    CASE # 05-00-03135    0505898

I HAVE THIS 17TH DAY OF JUNE    , 2005, SERVED/EXECUTED THE WITHIN COURT DOCUMENTS THEREOF WITH ANY ATTACHED SUMMONS, COMPLAINT, JUDGEMENT, AND/OR PETITION UPON UNES, ROBERT    ON BEHALF OF:
CENTRAL IL CARAPENTERS HEALTH , PERSONALLY IN PEORIA COUNTY, ILLINOIS.

PERSON SERVED : SEX M  RACE W  AGE 046  TIME 09:08:  DATE 06/17/2005
PLACE OF SERVICE: 8010B    SOMMER ST    PEORIA    , IL 61615
SERVICE FEE DUE : $24.83
MICHAEL D. MC COY    BY:    0423    DODSON, DAN
SHERIFF OF PEORIA COUNTY

OFFICER : _____

SENT COPY: _____

### SERVICE HISTORY

06/17/2005 02:19 PM 0423 SERVED
   *SERVICE COMPLETE*
06/16/2005 02:00 PM 0456 UNABLE TO CONTACT
   UNABLE TO CONTACT
06/15/2005 02:52 PM 0423 UNABLE TO CONTACT
   UNABLE TO CONTACT