**R.J. Unes Construction, Inc.**
8010 N. Sommer Street • Peoria, IL 61615
Phone: (309) 693-9356
Fax: (309) 693-9270

E-FILED
Tuesday, 12 July, 2005  04:10:39 PM
Clerk, U.S. District Court, ILCD

July 6, 2005

This is a response to a complaint filed with the United States District Court by the Central IL Carpenters Health and Welfare Fund.

Case # 05-3135

The complaint was delivered to my office on June 17, 2005.
No signature was required.

I have compiled the records indicated for the months in question -
Oct. 04 through June 2005, and show that $10,133.16 is due the fund.
I have two installments left on a promissory note with the fund and
I would like to pay that off and enter into another promissory note
for the new balance. I was timely on all my payments except for
these last two. My work just came to a complete standstill in January
and it has drained the company financially. However, some work has
started and as a result the receivables will be arriving in early
August. We lost the entire first six months.

As for the request for an audit of my records, please have the
Auditor contact me to set up all the specifics and I will
cooperate to get it done in a timely manner.

*Robert J. Unes*

Residential & Commercial Remodeling • General Contractor • Construction Management

MONTHLY REPORT
MAKE CHECK PAYABLE AND MAIL ALONG WITH A
COPY OF THIS REPORT TO >>>>>>>>>>>>>>>>>>>

# CENTRAL ILLINOIS CARPENTERS
## HEALTH AND WELFARE TRUST FUND

6180 Reliable Parkway
Chicago, IL 60686
PH: (217) 732-1919 · FAX (217) 732-7799

RFCTL#: 839

04285/23446 COMMERCIAL CONTRACTO

PHONE:     309-693-9356

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA  IL 61615

### JOB LOCATIONS

| | | | |
|---|---|---|---|
| 13 | DECATUR BL | 1051 | DANVILLE |
| 16 | SPRINGFIELD TMT | 1051 | DECATUR |
| 63 | BLOOMINGTON | 1051 | GALESBURG |
| 103 | DECATUR CM | 1051 | JACKSONVILLE |
| 183 | GALESBURG | 1051 | LINCOLN |
| 183 | PEORIA | 1051 | MACOMB |
| 644 | LINCOLN | 1051 | MATTOON |
| 644 | MACOMB | 1051 | PEKIN |
| 644 | PEKIN | 1051 | PEORIA |
| 742 | DECATUR | 1051 | QUINCY |
| 1051 | BLOOMINGTON | 1051 | SPRINGFIELD |
| 1051 | CHAMPAIGN | | |

### CHECK HERE

| | |
|---|---|
| ☒ | COMMERCIAL |
| ☐ | RESIDENTIAL |
| ☐ | HIGHWAY & HEAVY |
| ☐ | MILLSHOP |
| ☐ | NO WORK THIS MONTH |
| ☐ | FINAL-REPORT |

| JOB LOCATION | HOURS WORKED MONTH OF | |
|---|---|---|
| PEORIA 183 | OCTOBER | 2004 |

| SOCIAL SECURITY NO. | EMPLOYEE (LAST NAME, FIRST NAME) | LOCAL NO. | REGULAR HRS. | OVER TIME HRS. | DOUBLE TIME HRS. |
|---|---|---|---|---|---|
| ~~────────~~ | TOWERY RANDY L | 0183 | 62 | | |
| ~~────────~~ | TOWERY RANDY L | 0183 | 115 | | |
| | | | | | |

| REGULAR | | AMOUNT DUE | OVER TIME | | AMOUNT DUE | DOUBLE TIME | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | RATE | | TOTAL HOURS | RATE | | TOTAL HOURS | RATE | |
| 177 | X 10.1600 = | 1798.32 | | X 14.3100 = | | | X 18.4600 = | |

### DO NOT USE THIS SPACE

NOTES

| RECEIVED | CHECK NO. | AMOUNT $ |
|---|---|---|

N O T E S

1. THE NAMES ON THIS MONTHLY REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.
2. BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO HAD WORK HOURS DURING THIS PERIOD.
3. REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES OF 20% AND INTEREST ON THE AMOUNT DUE.

PRIOR BALANCE DUE OR CREDIT AVAILABLE

TOTAL AMOUNT DUE  1798.32

SIGNED: _R. J. Unes_     TITLE: _Owner_

MONTHLY REPORT
MAKE CHECK PAYABLE AND MAIL ALONG WITH A
COPY OF THIS REPORT TO >>>>>>>>>>>>>>>>>>>

**CENTRAL ILLINOIS CARPENTERS**
**HEALTH AND WELFARE TRUST FUND**

6180 Reliable Parkway
Chicago, IL 60686
PH: (217) 732-1919 * FAX (217) 732-7799

RFCTL#: 838

04285/23442 RESIDENTIAL CONTRACT

PHONE:    309-693-9356

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA   IL 61615

| JOB LOCATIONS | | | |
|---|---|---|---|
| 13 | DECATUR BL | 1051 | DANVILLE |
| 16 | SPRINGFIELD TMT | 1051 | DECATUR |
| 63 | BLOOMINGTON | 1051 | GALESBURG |
| 103 | DECATUR CM | 1051 | JACKSONVILLE |
| 183 | GALESBURG | 1051 | LINCOLN |
| 183 | PEORIA | 1051 | MACOMB |
| 644 | LINCOLN | 1051 | MATTOON |
| 644 | MACOMB | 1051 | PEKIN |
| 644 | PEKIN | 1051 | PEORIA |
| 742 | DECATUR | 1051 | QUINCY |
| 1051 | BLOOMINGTON | 1051 | SPRINGFIELD |
| 1051 | CHAMPAIGN | | |

**CHECK HERE**
- ☐ COMMERCIAL
- ☑ RESIDENTIAL
- ☐ HIGHWAY & HEAVY
- ☐ MILLSHOP
- ☐ NO WORK THIS MONTH
- ☐ FINAL-REPORT

| JOB LOCATION | HOURS WORKED MONTH OF | |
|---|---|---|
| PEORIA 183 | OCTOBER | 2004 |

| SOCIAL SECURITY NO. | EMPLOYEE (LAST NAME, FIRST NAME) | LOCAL NO. | REGULAR HRS. | OVER TIME HRS. | DOUBLE TIME HRS. |
|---|---|---|---|---|---|
| | COBBS ROLAND D | 0183 | — | | |
| - - - - | STEGMAIER MARK | 0183 | — | | |
| 33 | TOWERY RANDY L | 0183 | 129 | | |
| 31 - - - | TOWERY RANDY L | 0183 | 75 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| REGULAR | | AMOUNT DUE | OVER TIME | | AMOUNT DUE | DOUBLE TIME | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | RATE | | TOTAL HOURS | RATE | | TOTAL HOURS | RATE | |
| 204 X | 8.4800 = | 1729.92 | X | 8.4800 = | | X | 8.4800 = | |

| DO NOT USE THIS SPACE | | | | NOTES |
|---|---|---|---|---|
| RECEIVED | CHECK NO. | | AMOUNT $ | |

**NOTES**

N O T E S
1. THE NAMES ON THIS MONTHLY REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.
2. BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO HAD WORK HOURS DURING THIS PERIOD.
3. REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES OF 20% AND INTEREST ON THE AMOUNT DUE.

| PRIOR BALANCE DUE OR CREDIT AVAILABLE | |
|---|---|
| TOTAL AMOUNT DUE | 1729.92 |

SIGNED: _R. J. Unes_     TITLE: _Owner_

# CENTRAL ILLINOIS CARPENTERS
## HEALTH AND WELFARE TRUST FUND

6180 Reliable Parkway
Chicago, IL 60686
PH: (217) 732-1919 * FAX (217) 732-7799

RFCTL#: 861

04285/23446 COMMERCIAL CONTRACTO

PHONE:     309-693-9356

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA IL 61615

### JOB LOCATIONS

| | | | |
|---|---|---|---|
| 13 | DECATUR BL | 1051 | DANVILLE |
| 16 | SPRINGFIELD TMT | 1051 | DECATUR |
| 63 | BLOOMINGTON | 1051 | GALESBURG |
| 103 | DECATUR CM | 1051 | JACKSONVILLE |
| 183 | GALESBURG | 1051 | LINCOLN |
| 183 | PEORIA | 1051 | MACOMB |
| 644 | LINCOLN | 1051 | MATTOON |
| 644 | MACOMB | 1051 | PEKIN |
| 644 | PEKIN | 1051 | PEORIA |
| 742 | DECATUR | 1051 | QUINCY |
| 1051 | BLOOMINGTON | 1051 | SPRINGFIELD |
| 1051 | CHAMPAIGN | | |

### CHECK HERE

| | |
|---|---|
| ☒ | COMMERCIAL |
| ☐ | RESIDENTIAL |
| ☐ | HIGHWAY & HEAVY |
| ☐ | MILLSHOP |
| ☐ | NO WORK THIS MONTH |
| ☐ | FINAL-REPORT |

**JOB LOCATION**: PEORIA 183

**HOURS WORKED MONTH OF**: ~~DECEMBER~~ NOVEMBER 2004

| SOCIAL SECURITY NO. | EMPLOYEE (LAST NAME, FIRST NAME) | LOCAL NO. | REGULAR HRS. | OVER TIME HRS. | DOUBLE TIME HRS. |
|---|---|---|---|---|---|
| | TOWERY RANDY L | 0183 | 46 ½ | | |
| 3__ __ ____ | TOWERY RANDY L | 0183 | 37 | | |

| REGULAR | | AMOUNT DUE | OVER TIME | | AMOUNT DUE | DOUBLE TIME | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | RATE | | TOTAL HOURS | RATE | | TOTAL HOURS | RATE | |
| 83 ½ | X 10.1600 = | 848.36 | | X 14.3100 = | | | X 18.4600 = | |

**DO NOT USE THIS SPACE**

| RECEIVED | CHECK NO. | AMOUNT $ | NOTES |
|---|---|---|---|

NOTES
1. THE NAMES ON THIS MONTHLY REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.
2. BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO HAD WORK HOURS DURING THIS PERIOD.
3. REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES OF 20% AND INTEREST ON THE AMOUNT DUE.

PRIOR BALANCE DUE OR CREDIT AVAILABLE

TOTAL AMOUNT DUE: 848.36

SIGNED: R.J. Unes          TITLE: Owner

**CENTRAL ILLINOIS CARPENTERS**
**HEALTH AND WELFARE TRUST FUND**

6180 Reliable Parkway
Chicago, IL 60686
PH: (217) 732-1919 * FAX (217) 732-7799

RFCTL#: 860

04285/23442 RESIDENTIAL CONTRACT

PHONE: 309-693-9356

.

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA  IL 61615

| JOB LOCATIONS | |
|---|---|
| 13 DECATUR BL | 1051 DANVILLE |
| 16 SPRINGFIELD TMT | 1051 DECATUR |
| 63 BLOOMINGTON | 1051 GALESBURG |
| 103 DECATUR CM | 1051 JACKSONVILLE |
| 183 GALESBURG | 1051 LINCOLN |
| 183 PEORIA | 1051 MACOMB |
| 644 LINCOLN | 1051 MATTOON |
| 644 MACOMB | 1051 PEKIN |
| 644 PEKIN | 1051 PEORIA |
| 742 DECATUR | 1051 QUINCY |
| 1051 BLOOMINGTON | 1051 SPRINGFIELD |
| 1051 CHAMPAIGN | |

**CHECK HERE**

☐ COMMERCIAL
☒ RESIDENTIAL
☐ HIGHWAY & HEAVY
☐ MILLSHOP
☐ NO WORK THIS MONTH
☐ FINAL-REPORT

| JOB LOCATION | HOURS WORKED MONTH OF |
|---|---|
| PEORIA 183 | ~~DECEMBER~~ NOVEMBER 2004 |

| SOCIAL SECURITY NO. | EMPLOYEE (LAST NAME, FIRST NAME) | LOCAL NO. | REGULAR HRS. | OVER TIME HRS. | DOUBLE TIME HRS. |
|---|---|---|---|---|---|
| | COBBS ROLAND D | 0183 | — | | |
| | STEGMAIER MARK | 0183 | — | | |
| | TOWERY RANDY L | 0183 | 121 1/2 | | |
| --- -- ---- | TOWERY RANDY L | 0183 | 115 | | |
| | . | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| REGULAR | | AMOUNT DUE | OVER TIME | | AMOUNT DUE | DOUBLE TIME | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | RATE | | TOTAL HOURS | RATE | | TOTAL HOURS | RATE | |
| 236 1/2 | X 8.4800 = | 2005.52 | | X 8.4800 = | | | X 8.4800 = | |

**DO NOT USE THIS SPACE**

| RECEIVED | CHECK NO. | AMOUNT $ | | NOTES |
|---|---|---|---|---|

N O T E S
1. THE NAMES ON THIS MONTHLY REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.
2. BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO HAD WORK HOURS DURING THIS PERIOD.
3. REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES OF 20% AND INTEREST ON THE AMOUNT DUE.

| PRIOR BALANCE DUE OR CREDIT AVAILABLE | |
|---|---|
| TOTAL AMOUNT DUE | 2005.52 |

SIGNED: R.J. Unes          TITLE: Owner

MONTHLY REPORT
MAKE CHECK PAYABLE AND MAIL ALONG WITH A
COPY OF THIS REPORT TO >>>>>>>>>>>>>>>>>

**CENTRAL ILLINOIS CARPENTERS**
**HEALTH AND WELFARE TRUST FUND**

6180 Reliable Parkway
Chicago, IL 60686
PH: (217) 732-1919 · FAX (217) 732-7799

RFCTL#: 860

04285/23442 RESIDENTIAL CONTRACT

PHONE:   309-693-9356

.

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA  IL 61615

| JOB LOCATIONS | |
|---|---|
| 13 DECATUR BL | 1051 DANVILLE |
| 16 SPRINGFIELD TMT | 1051 DECATUR |
| 63 BLOOMINGTON | 1051 GALESBURG |
| 103 DECATUR CM | 1051 JACKSONVILLE |
| 183 GALESBURG | 1051 LINCOLN |
| 183 PEORIA | 1051 MACOMB |
| 644 LINCOLN | 1051 MATTOON |
| 644 MACOMB | 1051 PEKIN |
| 644 PEKIN | 1051 PEORIA |
| 742 DECATUR | 1051 QUINCY |
| 1051 BLOOMINGTON | 1051 SPRINGFIELD |
| 1051 CHAMPAIGN | |

**CHECK HERE**

☐ COMMERCIAL
☒ RESIDENTIAL
☐ HIGHWAY & HEAVY
☐ MILLSHOP
☐ NO WORK THIS MONTH
☐ FINAL-REPORT

| JOB LOCATION | HOURS WORKED MONTH OF | |
|---|---|---|
| PEORIA 183 | DECEMBER | 2004 |

| SOCIAL SECURITY NO. | EMPLOYEE (LAST NAME, FIRST NAME) | LOCAL NO. | REGULAR HRS. | OVER TIME HRS. | DOUBLE TIME HRS. |
|---|---|---|---|---|---|
| | COBBS ROLAND D | 0183 | — | | |
| | STEGMAIER MARK | 0183 | — | | |
| | TOWERY RANDY L | 0183 | 93 | | |
| | TOWERY RANDY L | 0183 | 71 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| REGULAR | | AMOUNT DUE | OVER TIME | | AMOUNT DUE | DOUBLE TIME | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | RATE | | TOTAL HOURS | RATE | | TOTAL HOURS | RATE | |
| 164 | X 8.4800 = | 1390.72 | | X 8.4800 = | | | X 8.4800 = | |

**DO NOT USE THIS SPACE**

| RECEIVED | CHECK NO. | AMOUNT $ | NOTES |
|---|---|---|---|

N O T E S

1. THE NAMES ON THIS MONTHLY REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.

2. BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO HAD WORK HOURS DURING THIS PERIOD.

3. *REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES OF 20% AND INTEREST ON THE AMOUNT DUE.*

PRIOR BALANCE DUE OR CREDIT AVAILABLE

TOTAL AMOUNT DUE  1390.72

SIGNED: _R. J. Unes_          TITLE: _owner_

# CENTRAL ILLINOIS CARPENTERS
## HEALTH AND WELFARE TRUST FUND

6180 Reliable Parkway
Chicago, IL 60686
PH: (217) 732-1919 * FAX (217) 732-7799

RFCTL#: 861

04285/23446 COMMERCIAL CONTRACTO

PHONE:      309-693-9356

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA  IL 61615

| JOB LOCATIONS | |
|---|---|
| 13   DECATUR BL | 1051  DANVILLE |
| 16   SPRINGFIELD TMT | 1051  DECATUR |
| 63   BLOOMINGTON | 1051  GALESBURG |
| 103  DECATUR CM | 1051  JACKSONVILLE |
| 183  GALESBURG | 1051  LINCOLN |
| 183  PEORIA | 1051  MACOMB |
| 644  LINCOLN | 1051  MATTOON |
| 644  MACOMB | 1051  PEKIN |
| 644  PEKIN | 1051  PEORIA |
| 742  DECATUR | 1051  QUINCY |
| 1051 BLOOMINGTON | 1051  SPRINGFIELD |
| 1051 CHAMPAIGN | |

| CHECK HERE | |
|---|---|
| ☒ | COMMERCIAL |
| ☐ | RESIDENTIAL |
| ☐ | HIGHWAY & HEAVY |
| ☐ | MILLSHOP |
| ☐ | NO WORK THIS MONTH |
| ☐ | FINAL-REPORT |

| JOB LOCATION | HOURS WORKED MONTH OF | |
|---|---|---|
| PEORIA 183 | DECEMBER | 2004 |

| SOCIAL SECURITY NO. | EMPLOYEE (LAST NAME, FIRST NAME) | LOCAL NO. | REGULAR HRS. | OVER TIME HRS. | DOUBLE TIME HRS. |
|---|---|---|---|---|---|
| | TOWERY RANDY L | 0183 | O | | |
| | TOWERY RANDY L | 0183 | 32 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| REGULAR | | AMOUNT DUE | OVER TIME | | AMOUNT DUE | DOUBLE TIME | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | RATE | | TOTAL HOURS | RATE | | TOTAL HOURS | RATE | |
| 32 | X 10.1600 = | 325.12 | | X 14.3100 = | | | X 18.4600 = | |

| DO NOT USE THIS SPACE | | | | NOTES |
|---|---|---|---|---|
| RECEIVED | CHECK NO. | | AMOUNT $ | |

NOTES

1. THE NAMES ON THIS MONTHLY REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.
2. BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO HAD WORK HOURS DURING THIS PERIOD.
3. *REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES OF 20% AND INTEREST ON THE AMOUNT DUE.*

| PRIOR BALANCE DUE OR CREDIT AVAILABLE | |
|---|---|
| TOTAL AMOUNT DUE | 325.12 |

SIGNED: R. J. Unes        TITLE: Owner

MONTHLY REPORT
MAKE CHECK PAYABLE AND MAIL ALONG WITH A
COPY OF THIS REPORT TO >>>>>>>>>>>>>>>>>>

**CENTRAL ILLINOIS CARPENTERS**
**HEALTH AND WELFARE TRUST FUND**

6180 Reliable Parkway
Chicago, IL 60686
PH: (217) 732-1919 * FAX (217) 732-7799

RFCTL#: 844

04285/23442 RESIDENTIAL CONTRACT

PHONE:   309-693-9356

.

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA  IL 61615

| JOB LOCATIONS | |
|---|---|
| 13 DECATUR BL | 1051 DANVILLE |
| 16 SPRINGFIELD TMT | 1051 DECATUR |
| 63 BLOOMINGTON | 1051 GALESBURG |
| 103 DECATUR CM | 1051 JACKSONVILLE |
| 183 GALESBURG | 1051 LINCOLN |
| 183 PEORIA | 1051 MACOMB |
| 644 LINCOLN | 1051 MATTOON |
| 644 MACOMB | 1051 PEKIN |
| 644 PEKIN | 1051 PEORIA |
| 742 DECATUR | 1051 QUINCY |
| 1051 BLOOMINGTON | 1051 SPRINGFIELD |
| 1051 CHAMPAIGN | |

| CHECK HERE | |
|---|---|
| ☐ | COMMERCIAL |
| ☑ | RESIDENTIAL |
| ☐ | HIGHWAY & HEAVY |
| ☐ | MILLSHOP |
| ☐ | NO WORK THIS MONTH |
| ☐ | FINAL-REPORT |

| JOB LOCATION |
|---|
| PEORIA 183 |

| HOURS WORKED MONTH OF | |
|---|---|
| JANUARY | 2005 |

| SOCIAL SECURITY NO. | EMPLOYEE (LAST NAME, FIRST NAME) | LOCAL NO. | REGULAR HRS. | OVER TIME HRS. | DOUBLE TIME HRS. |
|---|---|---|---|---|---|
| | COBBS ROLAND D | 0183 | — O — | | |
| | STEGMAIER MARK | 0183 | — O — | | |
| | TOWERY RANDY L | 0183 | 105 | | |
| | TOWERY RANDY L | 0183 | 82 | | |
| | | | | | |

| REGULAR | | AMOUNT DUE | OVER TIME | | AMOUNT DUE | DOUBLE TIME | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | RATE | | TOTAL HOURS | RATE | | TOTAL HOURS | RATE | |
| 187 | X 8.4800 = | 1585.76 | | X 8.4800 = | | | X 8.4800 = | |

DO NOT USE THIS SPACE

| RECEIVED | CHECK NO. | AMOUNT $ |
|---|---|---|

NOTES

**N O T E S**

1. THE NAMES ON THIS MONTHLY REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.
2. BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO HAD WORK HOURS DURING THIS PERIOD.
3. REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES OF 20% AND INTEREST ON THE AMOUNT DUE.

PRIOR BALANCE DUE OR CREDIT AVAILABLE

| TOTAL AMOUNT DUE | 1585.76 |
|---|---|

SIGNED: _Robert J. Unes_   TITLE: _President_

**CENTRAL ILLINOIS CARPENTERS**
**HEALTH AND WELFARE TRUST FUND**

6180 Reliable Parkway
Chicago, IL 60686
PH: (217) 732-1919 * FAX (217) 732-7799

RFCTL#: 845

04285/23446 COMMERCIAL CONTRACTO

PHONE:        309-693-9356

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA   IL 61615

### JOB LOCATIONS

| | | | |
|---|---|---|---|
| 13 | DECATUR BL | 1051 | DANVILLE |
| 16 | SPRINGFIELD TMT | 1051 | DECATUR |
| 63 | BLOOMINGTON | 1051 | GALESBURG |
| 103 | DECATUR CM | 1051 | JACKSONVILLE |
| 183 | GALESBURG | 1051 | LINCOLN |
| 183 | PEORIA | 1051 | MACOMB |
| 644 | LINCOLN | 1051 | MATTOON |
| 644 | MACOMB | 1051 | PEKIN |
| 644 | PEKIN | 1051 | PEORIA |
| 742 | DECATUR | 1051 | QUINCY |
| 1051 | BLOOMINGTON | 1051 | SPRINGFIELD |
| 1051 | CHAMPAIGN | | |

### CHECK HERE

- [ ] COMMERCIAL
- [ ] RESIDENTIAL
- [ ] HIGHWAY & HEAVY
- [ ] MILLSHOP
- [x] NO WORK THIS MONTH
- [ ] FINAL-REPORT

| JOB LOCATION | HOURS WORKED MONTH OF |
|---|---|
| PEORIA 183 | JANUARY          2005 |

| SOCIAL SECURITY NO. | EMPLOYEE (LAST NAME, FIRST NAME) | LOCAL NO. | REGULAR HRS. | OVER TIME HRS. | DOUBLE TIME HRS. |
|---|---|---|---|---|---|
| | TOWERY RANDY L | 0183 | – O – | | |
| | TOWERY RANDY L | 0183 | – O – | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| REGULAR | | AMOUNT DUE | OVER TIME | | AMOUNT DUE | DOUBLE TIME | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | RATE | | TOTAL HOURS | RATE | | TOTAL HOURS | RATE | |
| | X 10.1600 = | | | X 14.3100 = | | | X 18.4600 = | |

| DO NOT USE THIS SPACE | | | | NOTES |
|---|---|---|---|---|
| RECEIVED | CHECK NO. | | AMOUNT $ | |

**NOTES**
1. THE NAMES ON THIS MONTHLY REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.
2. BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO HAD WORK HOURS DURING THIS PERIOD.
3. *REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES OF 20% AND INTEREST ON THE AMOUNT DUE.*

| PRIOR BALANCE DUE OR CREDIT AVAILABLE | |
|---|---|
| TOTAL AMOUNT DUE | – O – |

SIGNED: _Robert G. Unes_          TITLE: _President_

# CENTRAL ILLINOIS CARPENTERS
## HEALTH AND WELFARE TRUST FUND

6180 Reliable Parkway
Chicago, IL 60686
PH: (217) 732-1919 * FAX (217) 732-7799

RFCTL#: 832

04285/23446 COMMERCIAL CONTRACTO

PHONE:     309-693-9356

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA  IL 61615

| JOB LOCATIONS | | | |
|---|---|---|---|
| 13 | DECATUR BL | 1051 | DANVILLE |
| 16 | SPRINGFIELD TMT | 1051 | DECATUR |
| 63 | BLOOMINGTON | 1051 | GALESBURG |
| 103 | DECATUR CM | 1051 | JACKSONVILLE |
| 183 | GALESBURG | 1051 | LINCOLN |
| 183 | PEORIA | 1051 | MACOMB |
| 644 | LINCOLN | 1051 | MATTOON |
| 644 | MACOMB | 1051 | PEKIN |
| 644 | PEKIN | 1051 | PEORIA |
| 742 | DECATUR | 1051 | QUINCY |
| 1051 | BLOOMINGTON | 1051 | SPRINGFIELD |
| 1051 | CHAMPAIGN | | |

**CHECK HERE**

- [ ] COMMERCIAL
- [ ] RESIDENTIAL
- [ ] HIGHWAY & HEAVY
- [ ] MILLSHOP
- [x] NO WORK THIS MONTH
- [ ] FINAL-REPORT

| JOB LOCATION |
|---|
| PEORIA 183 |

| HOURS WORKED MONTH OF | |
|---|---|
| FEBRUARY | 2005 |

| SOCIAL SECURITY NO. | EMPLOYEE (LAST NAME, FIRST NAME) | LOCAL NO. | REGULAR HRS. | OVER TIME HRS. | DOUBLE TIME HRS. |
|---|---|---|---|---|---|
| | TOWERY RANDY L | 0183 | — 0 — | | |
| | TOWERY RANDY L | 0183 | — 0 — | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| REGULAR | | AMOUNT DUE | OVER TIME | | AMOUNT DUE | DOUBLE TIME | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | RATE | | TOTAL HOURS | RATE | | TOTAL HOURS | RATE | |
| — 0 — | X 10.1600 = | | | X 14.3100 = | | | X 18.4600 = | |

| DO NOT USE THIS SPACE | | | | NOTES |
|---|---|---|---|---|
| RECEIVED | CHECK NO. | | AMOUNT $ | |

**NOTES**

N O T E S

1. THE NAMES ON THIS MONTHLY REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.

2. BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO HAD WORK HOURS DURING THIS PERIOD.

3. *REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES OF 20% AND INTEREST ON THE AMOUNT DUE.*

| PRIOR BALANCE DUE OR CREDIT AVAILABLE | |
|---|---|
| TOTAL AMOUNT DUE | — 0 — |

SIGNED: *Robert G. Unes*     TITLE: *President*

MONTHLY REPORT
MAKE CHECK PAYABLE AND MAIL ALONG WITH A
COPY OF THIS REPORT TO >>>>>>>>>>>>>>>>>

**CENTRAL ILLINOIS CARPENTERS**
**HEALTH AND WELFARE TRUST FUND**

6180 Reliable Parkway
Chicago, IL 60686
PH: (217) 732-1919 * FAX (217) 732-7799

RFCTL#: 831

04285/23442 RESIDENTIAL CONTRACT

PHONE:     309-693-9356

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA   IL 61615

### JOB LOCATIONS

| | | | |
|---|---|---|---|
| 13 | DECATUR BL | 1051 | DANVILLE |
| 16 | SPRINGFIELD TMT | 1051 | DECATUR |
| 63 | BLOOMINGTON | 1051 | GALESBURG |
| 103 | DECATUR CM | 1051 | JACKSONVILLE |
| 183 | GALESBURG | 1051 | LINCOLN |
| 183 | PEORIA | 1051 | MACOMB |
| 644 | LINCOLN | 1051 | MATTOON |
| 644 | MACOMB | 1051 | PEKIN |
| 644 | PEKIN | 1051 | PEORIA |
| 742 | DECATUR | 1051 | QUINCY |
| 1051 | BLOOMINGTON | 1051 | SPRINGFIELD |
| 1051 | CHAMPAIGN | | |

### CHECK HERE

- [ ] COMMERCIAL
- [ ] RESIDENTIAL
- [ ] HIGHWAY & HEAVY
- [ ] MILLSHOP
- [x] NO WORK THIS MONTH
- [ ] FINAL-REPORT

| JOB LOCATION | HOURS WORKED MONTH OF |
|---|---|
| PEORIA 183 | FEBRUARY          2005 |

| SOCIAL SECURITY NO. | EMPLOYEE (LAST NAME, FIRST NAME) | LOCAL NO. | REGULAR HRS. | OVER TIME HRS. | DOUBLE TIME HRS. |
|---|---|---|---|---|---|
| | COBBS ROLAND D | 0183 | — O — | | |
| | STEGMAIER MARK | 0183 | — O — | | |
| | TOWERY RANDY L | 0183 | — O — | | |
| | TOWERY RANDY L | 0183 | — O — | | |
| | | | | | |

| REGULAR | | AMOUNT DUE | OVER TIME | | AMOUNT DUE | DOUBLE TIME | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | RATE | | TOTAL HOURS | RATE | | TOTAL HOURS | RATE | |
| O | X 8.4800 = | | | X 8.4800 = | | | X 8.4800 = | |

DO NOT USE THIS SPACE

| RECEIVED | CHECK NO. | AMOUNT $ | NOTES |
|---|---|---|---|

**NOTES**

1. THE NAMES ON THIS MONTHLY REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.
2. BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO HAD WORK HOURS DURING THIS PERIOD.
3. *REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES OF 20% AND INTEREST ON THE AMOUNT DUE.*

PRIOR BALANCE DUE OR CREDIT AVAILABLE

TOTAL AMOUNT DUE       — O —

SIGNED: _Robert J. Unes_          TITLE: _President_

MAKE CHECK PAYABLE AND MAIL ALONG WITH A
COPY OF THIS REPORT TO >>>>>>>>>>>>>>>>>

**CENTRAL ILLINOIS CARPENTERS**
**HEALTH AND WELFARE TRUST FUND**

6180 Reliable Parkway
Chicago, IL 60686
PH: (217) 732-1919 * FAX (217) 732-7799

RFCTL#: 826

04285/23442 RESIDENTIAL CONTRACT

PHONE:     309-693-9356

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA  IL 61615

| JOB LOCATIONS | |
|---|---|
| 13   DECATUR BL | 1051  DANVILLE |
| 16   SPRINGFIELD TMT | 1051  DECATUR |
| 63   BLOOMINGTON | 1051  GALESBURG |
| 103  DECATUR CM | 1051  JACKSONVILLE |
| 183  GALESBURG | 1051  LINCOLN |
| 183  PEORIA | 1051  MACOMB |
| 644  LINCOLN | 1051  MATTOON |
| 644  MACOMB | 1051  PEKIN |
| 644  PEKIN | 1051  PEORIA |
| 742  DECATUR | 1051  QUINCY |
| 1051 BLOOMINGTON | 1051  SPRINGFIELD |
| 1051 CHAMPAIGN | |

**CHECK HERE**

- [ ] COMMERCIAL
- [x] RESIDENTIAL
- [ ] HIGHWAY & HEAVY
- [ ] MILLSHOP
- [ ] NO WORK THIS MONTH
- [ ] FINAL-REPORT

| JOB LOCATION | HOURS WORKED MONTH OF | |
|---|---|---|
| PEORIA 183 | MARCH | 2005 |

| SOCIAL SECURITY NO. | EMPLOYEE (LAST NAME, FIRST NAME) | LOCAL NO. | REGULAR HRS. | OVER TIME HRS. | DOUBLE TIME HRS. |
|---|---|---|---|---|---|
| | COBBS ROLAND D | 0183 | – O – | | |
| | STEGMAIER MARK | 0183 | – O – | | |
| | TOWERY RANDY L | 0183 | 31 | | |
| – – – – – – | TOWERY RANDY L | 0183 | 22 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| REGULAR | | AMOUNT DUE | OVER TIME | | AMOUNT DUE | DOUBLE TIME | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | RATE | | TOTAL HOURS | RATE | | TOTAL HOURS | RATE | |
| 53 | X 8.4800 = | 449.44 | | X 8.4800 = | | | X 8.4800 = | |

**DO NOT USE THIS SPACE**

NOTES

| RECEIVED | CHECK NO. | AMOUNT |
|---|---|---|
| | | $ |

NOTES
1. THE NAMES ON THIS MONTHLY REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.
2. BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO HAD WORK HOURS DURING THIS PERIOD.
3. REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES OF 20% AND INTEREST ON THE AMOUNT DUE.

| PRIOR BALANCE DUE OR CREDIT AVAILABLE | |
|---|---|
| TOTAL AMOUNT DUE | 449.44 |

SIGNED: _Robert G. Unes_     TITLE: _President_

**CENTRAL ILLINOIS CARPENTERS
HEALTH AND WELFARE TRUST FUND**

6180 Reliable Parkway
Chicago, IL 60686
PH: (217) 732-1919 * FAX (217) 732-7799

RFCTL#: 827

04285/23446 COMMERCIAL CONTRACTO

PHONE:   309-693-9356

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA  IL 61615

### JOB LOCATIONS

| | | | |
|---|---|---|---|
| 13 | DECATUR BL | 1051 | DANVILLE |
| 16 | SPRINGFIELD TMT | 1051 | DECATUR |
| 63 | BLOOMINGTON | 1051 | GALESBURG |
| 103 | DECATUR CM | 1051 | JACKSONVILLE |
| 183 | GALESBURG | 1051 | LINCOLN |
| 183 | PEORIA | 1051 | MACOMB |
| 644 | LINCOLN | 1051 | MATTOON |
| 644 | MACOMB | 1051 | PEKIN |
| 644 | PEKIN | 1051 | PEORIA |
| 742 | DECATUR | 1051 | QUINCY |
| 1051 | BLOOMINGTON | 1051 | SPRINGFIELD |
| 1051 | CHAMPAIGN | | |

### CHECK HERE

☐ COMMERCIAL
☐ RESIDENTIAL
☐ HIGHWAY & HEAVY
☐ MILLSHOP
☐ NO WORK THIS MONTH
☐ FINAL-REPORT

| JOB LOCATION | HOURS WORKED MONTH OF |
|---|---|
| PEORIA 183 | MARCH        2005 |

| SOCIAL SECURITY NO. | EMPLOYEE (LAST NAME, FIRST NAME) | LOCAL NO. | REGULAR HRS. | OVER TIME HRS. | DOUBLE TIME HRS. |
|---|---|---|---|---|---|
| | TOWERY  RANDY  L | 0183 | – O – | | |
| | TOWERY  RANDY  L | 0183 | – O – | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| REGULAR | | AMOUNT DUE | OVER TIME | | AMOUNT DUE | DOUBLE TIME | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | RATE | | TOTAL HOURS | RATE | | TOTAL HOURS | RATE | |
| – O – | X 10.1600 = | | | X 14.3100 = | | | X 18.4600 = | |

### DO NOT USE THIS SPACE

| RECEIVED | CHECK NO. | AMOUNT | NOTES |
|---|---|---|---|
| | | $ | |

**NOTES**
1. THE NAMES ON THIS MONTHLY REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.
2. BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO HAD WORK HOURS DURING THIS PERIOD.
3. *REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES OF 20% AND INTEREST ON THE AMOUNT DUE.*

| PRIOR BALANCE DUE OR CREDIT AVAILABLE | |
|---|---|
| TOTAL AMOUNT DUE | – O – O |

SIGNED: _Robert J. Unes_      TITLE: _President_

**CENTRAL ILLINOIS CARPENTERS**
**HEALTH AND WELFARE TRUST FUND**

6180 Reliable Parkway
Chicago, IL 60686
PH: (217) 732-1919 * FAX (217) 732-7799

| JOB LOCATION |
|---|
| PEORIA 183 |

04285/23446 COMMERCIAL CONTRACTO

PHONE:    309-693-9356

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA  IL 61615

RFCTL#: 823

| RATES | REG | OT | DT |
|---|---|---|---|
| AN | 2.050000 | 3.07500 | 4.10000 |
| AP | .300000 | .300000 | .300000 |
| BT | .080000 | .080000 | .080000 |
| DC | .970000 | .970000 | .970000 |
| IF | .120000 | .120000 | .120000 |
| NA | .040000 | .040000 | .040000 |
| NL | .020000 | .020000 | .020000 |
| PF | .150000 | .150000 | .150000 |
| TR | .060000 | .060000 | .060000 |
| WL | 6.250000 | 9.37500 | 12.50000 |
| 83 | .120000 | .120000 | .120000 |

**CHECK HERE**

- [ ] COMMERCIAL
- [ ] RESIDENTIAL
- [ ] HIGHWAY & HEAVY
- [ ] MILLSHOP
- [x] NO WORK THIS MONTH
- [ ] FINAL-REPORT

| HOURS WORKED MONTH OF |
|---|
| APRIL          2005 |

| SOCIAL SECURITY NO. | EMPLOYEE (LAST NAME, FIRST NAME) | LOCAL NO. | REGULAR HRS. | OVER TIME HRS. | DOUBLE TIME HRS. |
|---|---|---|---|---|---|
|  | TOWERY RANDY L | 0183 | 0 |  |  |
|  | TOWERY RANDY L | 0183 | — 0 — |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| REGULAR | | AMOUNT DUE | OVER TIME | | AMOUNT DUE | DOUBLE TIME | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | RATE | | TOTAL HOURS | RATE | | TOTAL HOURS | RATE | |
| — 0 — | X 10.1600 = | | | X 14.3100 = | | | X 18.4600 = | |

| DO NOT USE THIS SPACE | | | | NOTES |
|---|---|---|---|---|
| RECEIVED | CHECK NO. | | AMOUNT $ | |

**NOTES**

| N O T E S | 1. THE NAMES ON THIS MONTHLY REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS. | PRIOR BALANCE DUE OR CREDIT AVAILABLE | |
|---|---|---|---|
| | 2. BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO HAD WORK HOURS DURING THIS PERIOD. | | |
| | 3. *REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES OF 20% AND INTEREST ON THE AMOUNT DUE.* | TOTAL AMOUNT DUE | — 0 — |

SIGNED: _Robert J. Unes_          TITLE: _President_

# CENTRAL ILLINOIS CARPENTERS
## HEALTH AND WELFARE TRUST FUND

6180 Reliable Parkway
Chicago, IL 60686
PH: (217) 732-1919 * FAX (217) 732-7799

**RFCTL#: 822**

| JOB LOCATION |
| --- |
| PEORIA 183 |

04285/23442 RESIDENTIAL CONTRACT

PHONE:  309-693-9356

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA  IL 61615

| RATES | REG | OT | DT |
| --- | --- | --- | --- |
| AN | 1.350000 | 1.35000 | 1.35000 |
| AP | .150000 | .150000 | .150000 |
| BT | .080000 | .080000 | .080000 |
| DC | .350000 | .350000 | .350000 |
| NA | .040000 | .040000 | .040000 |
| NL | .020000 | .020000 | .020000 |
| PF | .150000 | .150000 | .150000 |
| WL | 6.250000 | 6.25000 | 6.25000 |
| 83 | .090000 | .090000 | .090000 |

| CHECK HERE | |
| --- | --- |
| ☐ | COMMERCIAL |
| ☐ | RESIDENTIAL |
| ☐ | HIGHWAY & HEAVY |
| ☐ | MILLSHOP |
| ☒ | NO WORK THIS MONTH |
| ☐ | FINAL-REPORT |

| HOURS WORKED MONTH OF | |
| --- | --- |
| APRIL | 2005 |

| SOCIAL SECURITY NO. | EMPLOYEE (LAST NAME, FIRST NAME) | LOCAL NO. | REGULAR HRS. | OVER TIME HRS. | DOUBLE TIME HRS. |
| --- | --- | --- | --- | --- | --- |
| | COBBS ROLAND D | 0183 | 0 | | |
| | STEGMAIER MARK | 0183 | 0 | | |
| | TOWERY RANDY L | 0183 | 0 | | |
| | TOWERY RANDY L | 0183 | 0 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| REGULAR | | AMOUNT DUE | OVER TIME | | AMOUNT DUE | DOUBLE TIME | | AMOUNT DUE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| TOTAL HOURS | RATE | | TOTAL HOURS | RATE | | TOTAL HOURS | RATE | |
| 0 | X 8.4800 = | | | X 8.4800 = | | | X 8.4800 = | |

| DO NOT USE THIS SPACE | | | | NOTES |
| --- | --- | --- | --- | --- |
| RECEIVED | CHECK NO. | | AMOUNT $ | |

**NOTES**
1. THE NAMES ON THIS MONTHLY REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.
2. BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO HAD WORK HOURS DURING THIS PERIOD.
3. *REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES OF 20% AND INTEREST ON THE AMOUNT DUE.*

| PRIOR BALANCE DUE OR CREDIT AVAILABLE | |
| --- | --- |
| TOTAL AMOUNT DUE | -0- |

SIGNED: _Robert J. Unes_    TITLE: _President_

MONTHLY REPORT
MAKE CHECK PAYABLE AND MAIL ALONG WITH A
COPY OF THIS REPORT TO >>>>>>>>>>>>>>>>

**CENTRAL ILLINOIS CARPENTERS**
**HEALTH AND WELFARE TRUST FUND**

6180 Reliable Parkway
Chicago, IL 60686
PH: (217) 732-1919 * FAX (217) 732-7799

RFCTL#: 843

| JOB LOCATION |
|---|
| PEORIA 183 |

04285/23442 RESIDENTIAL CONTRACT

PHONE:   309-693-9356

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA  IL 61615

| RATES | | | |
|---|---|---|---|
| | REG | OT | DT |
| AN | 1.350000 | 1.35000 | 1.35000 |
| AP | .150000 | .150000 | .150000 |
| BT | .080000 | .080000 | .080000 |
| DC | .350000 | .350000 | .350000 |
| NA | .040000 | .040000 | .040000 |
| NL | .020000 | .020000 | .020000 |
| PF | .150000 | .150000 | .150000 |
| WL | 6.250000 | 6.25000 | 6.25000 |
| 83 | .090000 | .090000 | .090000 |

| CHECK HERE | |
|---|---|
| ☐ | COMMERCIAL |
| ☐ | RESIDENTIAL |
| ☐ | HIGHWAY & HEAVY |
| ☐ | MILLSHOP |
| ☒ | NO WORK THIS MONTH |
| ☐ | FINAL-REPORT |

| HOURS WORKED MONTH OF | |
|---|---|
| MAY | 2005 |

| SOCIAL SECURITY NO. | EMPLOYEE (LAST NAME, FIRST NAME) | LOCAL NO. | REGULAR HRS. | OVER TIME HRS. | DOUBLE TIME HRS. |
|---|---|---|---|---|---|
| | COBBS ROLAND D | 0183 | 0 | | |
| | STEGMAIER MARK | 0183 | 0 | | |
| | TOWERY RANDY L | 0183 | 0 | | |
| | TOWERY RANDY L | 0183 | 0 | | |

| REGULAR | | AMOUNT DUE | OVER TIME | | AMOUNT DUE | DOUBLE TIME | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | RATE | | TOTAL HOURS | RATE | | TOTAL HOURS | RATE | |
| 0 | X 8.4800 = | | | X 8.4800 = | | | X 8.4800 = | 0 |

| DO NOT USE THIS SPACE | | | NOTES |
|---|---|---|---|
| RECEIVED | CHECK NO. | AMOUNT $ | |

**NOTES**
1. THE NAMES ON THIS MONTHLY REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.
2. BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO HAD WORK HOURS DURING THIS PERIOD.
3. *REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES OF 20% AND INTEREST ON THE AMOUNT DUE.*

| PRIOR BALANCE DUE OR CREDIT AVAILABLE | |
|---|---|
| TOTAL AMOUNT DUE | 0 |

SIGNED: _Robert J. Unes_     TITLE: _President_

**CENTRAL ILLINOIS CARPENTERS
HEALTH AND WELFARE TRUST FUND**

6180 Reliable Parkway
Chicago, IL 60686
PH: (217) 732-1919 * FAX (217) 732-7799

RFCTL#: 844

| JOB LOCATION |
|---|
| PEORIA 183 |

04285/23446 COMMERCIAL CONTRACTO

PHONE:    309-693-9356

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA   IL 61615

| RATES | REG | OT | DT |
|---|---|---|---|
| AN | 2.300000 | 3.45000 | 4.60000 |
| AP | .300000 | .300000 | .300000 |
| BT | .080000 | .080000 | .080000 |
| DC | 1.000000 | 1.000000 | 1.000000 |
| IF | .130000 | .130000 | .130000 |
| NA | .040000 | .040000 | .040000 |
| NL | .020000 | .020000 | .020000 |
| PF | .150000 | .150000 | .150000 |
| TR | .060000 | .060000 | .060000 |
| WL | 6.500000 | 9.75000 | 13.00000 |
| 83 | .120000 | .120000 | .120000 |

**CHECK HERE**

| | |
|---|---|
| ☐ | COMMERCIAL |
| ☐ | RESIDENTIAL |
| ☐ | HIGHWAY & HEAVY |
| ☐ | MILLSHOP |
| ☑ | NO WORK THIS MONTH |
| ☐ | FINAL-REPORT |

| HOURS WORKED MONTH OF |
|---|
| MAY          2005 |

| SOCIAL SECURITY NO. | EMPLOYEE (LAST NAME, FIRST NAME) | LOCAL NO. | REGULAR HRS. | OVER TIME HRS. | DOUBLE TIME HRS. |
|---|---|---|---|---|---|
|  | TOWERY RANDY L | 0183 | 0 |  |  |
|  | TOWERY RANDY L | 0183 | 0 |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

| REGULAR | | AMOUNT DUE | OVER TIME | | AMOUNT DUE | DOUBLE TIME | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | RATE | | TOTAL HOURS | RATE | | TOTAL HOURS | RATE | |
| 0 | X 10.7000 = | | | X 15.1000 = | | | X 19.5000 = | 0 |

**DO NOT USE THIS SPACE**

| RECEIVED | CHECK NO. | AMOUNT $ | NOTES |
|---|---|---|---|

**N O T E S**

1. THE NAMES ON THIS MONTHLY REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.
2. BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO HAD WORK HOURS DURING THIS PERIOD.
3. REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES OF 20% AND INTEREST ON THE AMOUNT DUE.

| PRIOR BALANCE DUE OR CREDIT AVAILABLE | |
|---|---|
| TOTAL AMOUNT DUE | 0 |

SIGNED: _Robert J. Unes_     TITLE: _President_

# CENTRAL ILLINOIS CARPENTERS
## HEALTH AND WELFARE TRUST FUND

6180 Reliable Parkway
Chicago, IL 60686
PH: (217) 732-1919 * FAX (217) 732-7799

RFCTL#: 873

| JOB LOCATION |
|---|
| PEORIA 183 |

04285/23446 COMMERCIAL CONTRACTO

PHONE:    309-693-9356

.

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA   IL 61615

| | RATES | | |
|---|---|---|---|
| | REG | OT | DT |
| AN | 2.300000 | 3.45000 | 4.60000 |
| AP | .300000 | .300000 | .300000 |
| BT | .080000 | .080000 | .080000 |
| DC | 1.000000 | 1.000000 | 1.000000 |
| IF | .130000 | .130000 | .130000 |
| NA | .040000 | .040000 | .040000 |
| NL | .020000 | .020000 | .020000 |
| PF | .150000 | .150000 | .150000 |
| TR | .060000 | .060000 | .060000 |
| WL | 6.500000 | 9.75000 | 13.00000 |
| 83 | .120000 | .120000 | .120000 |

**CHECK HERE**

☐ COMMERCIAL
☐ RESIDENTIAL
☐ HIGHWAY & HEAVY
☐ MILLSHOP
☑ NO WORK THIS MONTH
☐ FINAL-REPORT

| HOURS WORKED MONTH OF | |
|---|---|
| JUNE | 2005 |

| SOCIAL SECURITY NO. | EMPLOYEE (LAST NAME, FIRST NAME) | LOCAL NO. | REGULAR HRS. | OVER TIME HRS. | DOUBLE TIME HRS. |
|---|---|---|---|---|---|
| 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 | TOWERY RANDY L | 0183 | | | |
| 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 | TOWERY RANDY L | 0183 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| REGULAR | | AMOUNT DUE | OVER TIME | | AMOUNT DUE | DOUBLE TIME | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|---|
| TOTAL HOURS | RATE | | TOTAL HOURS | RATE | | TOTAL HOURS | RATE | |
| | X 10.7000 = | | | X 15.1000 = | | | X 19.5000 = | |

DO NOT USE THIS SPACE

**NOTES**

| RECEIVED | CHECK NO. | AMOUNT $ |
|---|---|---|

**NOTES**

1. THE NAMES ON THIS MONTHLY REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.
2. BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO HAD WORK HOURS DURING THIS PERIOD.
3. REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES OF 20% AND INTEREST ON THE AMOUNT DUE.

| PRIOR BALANCE DUE OR CREDIT AVAILABLE | |
|---|---|
| TOTAL AMOUNT DUE | |

SIGNED: _____     TITLE: President

MONTHLY REPORT
MAKE CHECK PAYABLE AND MAIL ALONG WITH A
COPY OF THIS REPORT TO >>>>>>>>>>>>>>>>>>

**CENTRAL ILLINOIS CARPENTERS**
**HEALTH AND WELFARE TRUST FUND**

6180 Reliable Parkway
Chicago, IL 60686
PH: (217) 732-1919 * FAX (217) 732-7799

| JOB LOCATION | | RFCTL#: 872 |
|---|---|---|

PEORIA 183

04285/23442 RESIDENTIAL CONTRACT

PHONE:     309-693-9356

R.J. UNES CONSTRUCTION
8010-B NORTH SOMMER STREET
PEORIA  IL 61615

| RATES | | | |
|---|---|---|---|
| | REG | OT | DT |
| AN | 1.350000 | 1.35000 | 1.35000 |
| AP | .150000 | .150000 | .150000 |
| BT | .080000 | .080000 | .080000 |
| DC | .350000 | .350000 | .350000 |
| NA | .040000 | .040000 | .040000 |
| NL | .020000 | .020000 | .020000 |
| PF | .150000 | .150000 | .150000 |
| WL | 6.250000 | 6.25000 | 6.25000 |
| 83 | .090000 | .090000 | .090000 |

**CHECK HERE**

☐ COMMERCIAL
☐ RESIDENTIAL
☐ HIGHWAY & HEAVY
☐ MILLSHOP
☑ NO WORK THIS MONTH
☐ FINAL-REPORT

**HOURS WORKED MONTH OF**

JUNE          2005

| SOCIAL SECURITY NO. | EMPLOYEE (LAST NAME, FIRST NAME) | LOCAL NO. | REGULAR HRS. | OVER TIME HRS. | DOUBLE TIME HRS. |
|---|---|---|---|---|---|
| | COBBS ROLAND D | 0183 | | | |
| | STEGMAIER MARK | 0183 | | | |
| | TOWERY RANDY L | 0183 | | | |
| | TOWERY RANDY L | 0183 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| REGULAR | AMOUNT DUE | OVER TIME | | AMOUNT DUE | DOUBLE TIME | | AMOUNT DUE |
|---|---|---|---|---|---|---|---|
| TOTAL HOURS | RATE | | TOTAL HOURS | RATE | | TOTAL HOURS | RATE | |
| X 8.4800 = | | X 8.4800 = | | | X 8.4800 = | |

DO NOT USE THIS SPACE

NOTES

| RECEIVED | CHECK NO. | AMOUNT $ | |
|---|---|---|---|

N O T E S

1. THE NAMES ON THIS MONTHLY REPORT WERE LISTED BY THE FUND OFFICE AS THEY APPEARED ON YOUR PREVIOUS MONTHLY REPORT. PLEASE INDICATE ANY CORRECTIONS.
2. BE SURE TO ADD THE NAME AND CORRECT SOCIAL SECURITY NUMBER OF ALL EMPLOYEES WHO HAD WORK HOURS DURING THIS PERIOD.
3. REPORTS ARE DUE BY THE 15TH OF EACH MONTH. LATE REPORTS ARE SUBJECT TO LIQUIDATED DAMAGES OF 20% AND INTEREST ON THE AMOUNT DUE.

PRIOR BALANCE DUE OR CREDIT AVAILABLE

TOTAL AMOUNT DUE

SIGNED: _____     TITLE: President