E-FILED
Tuesday, 26 July, 2005   03:44:16 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, and CARPENTERS LOCAL 183, <br><br> Plaintiffs, <br><br> vs. <br><br> Robert Unes d/b/a R.J. UNES CONSTRUCTION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   No. 05-3135 ) ) ) ) ) ) |

**PROPOSED DISCOVERY PLAN**

NOW COME the Plaintiffs, CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, et. al., by and through its counsel, Cavanagh & O'Hara, and Defendant, ROBERT UNES d/b/a R.J. UNES CONSTRUCTION, Pro Se, and pursuant to Federal Rule of Civil Procedure 26(f) and CDIL-LR 16.2, hereby submit the following proposed discovery plan.

1. All motions to amend pleadings and/or add parties are to be filed by September 6, 2005, unless good cause is shown;

2. All written discovery requests are to be served by January 6, 2006;

3. Depositions of the parties and fact witnesses shall be completed by February 9, 2006;

4. All fact discovery shall be completed by February 9, 2006;

5.  Plaintiffs' opinion witnesses, if any, shall be disclosed by February 9, 2006. Reports of opinion witnesses are due on the date of disclosure. These opinion witnesses shall be made available for deposition before March 9, 2006.

6.  Defendant's opinion witnesses, if any, shall be disclosed by April 6, 2006. Reports of opinion witnesses are due on the date of disclosure. These opinion witnesses shall be made available for deposition before May 8, 2006.

7.  Dispositive motions are to be filed by June 7, 2006;

8.  This case is set for pretrial on August 2006;

9.  This case is set for trial on September 2006.

Respectfully submitted,

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, et. al., Plaintiffs | ROBERT UNES d/b/a R.J. UNES CONSTRUCTION, Defendant |
| JAMES P. MOODY<br>Attorney for Plaintiffs | ROBERT UNES, Pro Se |
| By: s/ James P. Moody<br>James P. Moody<br>**CAVANAGH & O'HARA**<br>1609 North Illinois Street<br>Swansea, Illinois 62226<br>Telephone: 618/222-5945<br>Facsimile: 618/222-6755<br>jim@cavanagh-ohara.com | By:<br>Robert Unes<br>**R.J. UNES CONSTRUCTION**<br>8010 N. Sommer Street<br>Peoria, Illinois 61615<br>Telephone: 309/693-9356<br>Facsimile: 309/693-9270 |