IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, and CARPENTERS LOCAL 183, <br><br>　　　　Plaintiffs, <br><br>vs. <br><br>ROBERT UNES d/b/a R.J. UNES CONSTRUCTION, <br><br>　　　　Defendant. | No. 05-3135 |

**REQUEST FOR ENTRY OF DEFAULT**

NOW COME Plaintiffs, CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, et. al., by their attorneys, Cavanagh & O'Hara, and for its Request for Entry of Default, state as follows:

1. That the Complaint in this matter was filed on May 31, 2005.

2. That on June 17, 2005, Robert Unes, Owner of R.J. UNES CONSTRUCTION, was duly served by Peoria County Sheriff's Department with said Complaint and Summons.

3. That the Defendant has failed to file a responsive pleading within the statutory time frame.

4. Attached hereto is the Affidavit of James P. Moody in Support of the Motion for Default Judgment.

WHEREFORE, Plaintiffs, CENTRAL ILLINOIS CARPENTERS HEALTH &

WELFARE TRUST FUND, et. al., pray that this court enter Default Judgment against

Defendant, ROBERT UNES d/b/a RJ UNES CONSTRUCTION, and in favor of the Plaintiffs.

                                      CENTRAL ILLINOIS CARPENTERS
                                      HEALTH & WELFARE TRUST FUND,
                                      Plaintiffs,


                                    By:  s/ James P. Moody
                                          JAMES P. MOODY
                                          **CAVANAGH & O'HARA**
                                          **Attorneys for Plaintiffs**
                                          1609 North Illinois Street
                                          Swansea, Illinois 62226
                                          Telephone:     (618) 222-5945
                                          Facsimile:     (618) 222-6755
                                          jim@cavanagh-ohara.com