IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL ILLINOIS CARPENTERS        )
HEALTH & WELFARE TRUST FUND,       )
MID-CENTRAL REGIONAL COUNCIL       )
OF CARPENTERS, MID-CENTRAL         )
REGIONAL COUNCIL OF CARPENTERS     )
APPRENTICESHIP FUND, CENTRAL       )
ILLINOIS CARPENTERS ANNUITY        )
FUND, and CARPENTERS LOCAL 183,    )
                                   )
       Plaintiffs,                 )
                                   )
vs.                                )   No. 05-3135
                                   )
ROBERT UNES d/b/a R.J. UNES        )
CONSTRUCTION,                      )
                                   )
       Defendant.                  )

**AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

JAMES P. MOODY, being first duly sworn, on oath states that he is one of the attorneys for the above-referenced Plaintiffs, and in such capacity represents the Plaintiffs in the above-entitled and numbered action.

That on June 17, 2005, ROBERT UNES, Owner of R.J. UNES CONSTRUCTION, was duly served by Peoria County Sheriff's Department with said Complaint and Summons in this action; that the said Defendant has failed to appear, plead, or otherwise defend herein within the time allowed and is therefore in default; that to his best information and belief, the Defendant is not an infant or an incompetent person and not in the military service within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended; that the claim of Plaintiffs is for an order compelling the Defendant to pay for delinquent employee contributions, audit liability due, pre-judgment interest, liquidated damages, attorney fees, audit fees and costs, and any additional months that, at

the time of Judgment have not been remitted to the Fund. This Affidavit is made for the purpose of requesting that Default Judgment be entered against Defendant.

> CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND,
> Plaintiffs,
>
> By: s/ James P. Moody
> JAMES P. MOODY
> **CAVANAGH & O'HARA**
> **Attorneys for Plaintiffs**
> 1609 North Illinois Street
> Swansea, Illinois 62226
> Telephone: (618) 222-5945
> Facsimile: (618) 222-6755
> jim@cavanagh-ohara.com

Subscribed and sworn to before me this 19 day of October, 2005.

_____
NOTARY PUBLIC

OFFICIAL SEAL
TAMARA M. STICE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-26-2006