**E-FILED**
Wednesday, 19 October, 2005  09:19:42 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS | ) | |
| HEALTH & WELFARE TRUST FUND, | ) | |
| MID-CENTRAL REGIONAL COUNCIL | ) | |
| OF CARPENTERS, MID-CENTRAL | ) | |
| REGIONAL COUNCIL OF CARPENTERS | ) | |
| APPRENTICESHIP FUND, CENTRAL | ) | |
| ILLINOIS CARPENTERS ANNUITY | ) | |
| FUND, and CARPENTERS LOCAL 183, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 05-3135 |
| | ) | |
| ROBERT UNES d/b/a R.J. UNES | ) | |
| CONSTRUCTION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DEFAULT

This cause coming on to be heard before the Court upon Plaintiffs' Request for Entry of Default. The Court, being fully advised in the premises, finds that Defendant, ROBERT UNES d/b/a R.J. UNES CONSTRUCTION, has failed to answer the Complaint filed herein in a timely fashion as required by the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that default be, and the same is, hereby entered against Defendant, ROBERT UNES  d/b/a R.J. UNES CONSTRUCTION, for its failure to answer this cause in a timely manner as provided by the Federal Rules of Civil Procedure and the rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless within fourteen (14) days of the entry of this Order of Default, the Plaintiffs make application to the District Court for the entry of a Default Judgment against Defendant, ROBERT

UNES d/b/a R.J. UNES CONSTRUCTION.

ENTERED this _____ day of _____, 2005.

_____
Judge Cudmore