**E-FILED**
Wednesday, 30 November, 2005  08:50:55 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS | ) | |
| HEALTH & WELFARE TRUST FUND, | ) | |
| MID-CENTRAL REGIONAL COUNCIL | ) | |
| OF CARPENTERS, MID-CENTRAL | ) | |
| REGIONAL COUNCIL OF CARPENTERS | ) | |
| APPRENTICESHIP FUND, CENTRAL | ) | |
| ILLINOIS CARPENTERS ANNUITY | ) | |
| FUND, and CARPENTERS LOCAL 183, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 05-3135 |
| | ) | |
| ROBERT UNES d/b/a R.J. UNES | ) | |
| CONSTRUCTION, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

NOW COMES, BRITT W. SOWLE, of Cavanagh & O'Hara and hereby enters his

appearance as co-counsel on behalf of Plaintiffs, CENTRAL ILLINOIS CARPENTERS

HEALTH & WELFARE TRUST FUND, et. al.

Respectfully submitted,

CENTRAL ILLINOIS CARPENTERS HEALTH
AND WELFARE TRUST FUND, et. al.

By: s/Britt W. Sowle
        One of Plaintiff's Attorneys
        CAVANAGH & O'HARA
        1609 North Illinois Street
        Swansea, Illinois 62226
        (618)222-5945 - Telephone
        (618)222-6755 - Facsimile
        britt@cavanagh-ohara.com