IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, et al, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 05-CV-3136 |
| BID CONSTRUCTION, INC. | ) ) | |
| Defendant. | ) | |

**Certificate of Service**

I hereby certify that on November 30, 2005, I electronically filed an Entry of Appearance with the Clerk of Court using the CM/ECF system and I hereby certify that on November 30, 2005, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

> Robert J. Unes
> 8010 North Sommer Street
> Peoria, Illinois 61615

> Respectfully submitted,
> s/britt w. sowle
> Britt W. Sowle
> Cavanagh & O'Hara
> 1609 North Illinois Street
> Swansea, Illinois 62226
> Phone: (618)222-5945
> Fax: (618)222-6755
> E-mail: britt@cavanagh-ohara.com