**E-FILED**
Wednesday, 30 November, 2005  12:26:06 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, et al, | ) ) ) ) ) | |
|      Plaintiffs, | ) ) | |
| vs. | ) ) | No. 05-CV-3136 |
| BID CONSTRUCTION, INC. | ) ) | |
|      Defendant. | ) | |

**Certificate of Service**

I hereby certify that on November 30, 2005, I electronically filed a Status Report with the

Clerk of Court using the CM/ECF system and I hereby certify that on November 30, 2005, I

mailed by United States Postal Service, the documents(s) to the following non-registered

participants:

        Robert J. Unes
        8010 North Sommer Street
        Peoria, Illinois 61615

        Respectfully submitted,
        s/britt w. sowle
        Britt W. Sowle
        Cavanagh & O'Hara
        1609 North Illinois Street
        Swansea, Illinois 62226
        Phone: (618)222-5945
        Fax: (618)222-6755
        E-mail: britt@cavanagh-ohara.com