IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, and CARPENTERS LOCAL 183,<br><br>    Plaintiffs,<br><br>vs.<br><br>ROBERT UNES d/b/a R.J. UNES CONSTRUCTION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No. 05-3135<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' STATUS REPORT**

NOW COME Plaintiffs, CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, et al., by and through its attorneys, Cavanagh & O'Hara, and for their response to this Honorable Court's order to file a status report, states as follows:

1. That the Complaint in this matter was filed on May 31, 2005.

2. That on June 17, 2005, Robert Unes, Owner of R.J. UNES CONSTRUCTION, was duly served by Peoria County Sheriff's Department with said Complaint and Summons.

3. That on October 20, 2005, a Status Conference was held wherein a settlement agreement was negotiated between the parties. On November 9, 2005, Plaintiffs prepared the Settlement Agreement and transmitted said Agreement to Defendant for execution.

4. On November 28, 2005, Plaintiff contacted Defendant on the whereabouts of said Settlement Agreement. Defendant notified Plaintiff that the Settlement Agreement was executed and

would be placed in the mail today. Plaintiff received the executed Settlement Agreement on December 27, 2005, however, Defendant did not transmit the initial payment due on said Agreement.

5.  On January 12, 2006, Defendant notified Plaintiff the initial $4,000.00 payment and the January 1, 2006 payment of $2,833.03 on the executed Settlement Agreement would be sent to Plaintiff by overnight mail on today's date.

6.  Upon receipt of the payments due pursuant to the executed Settlement Agreement, a Stipulated Dismissal will be filed with the Court so that the Court may retain jurisdiction over the Settlement Agreement.

Respectfully submitted,
s/Britt W. Sowle
Britt W. Sowle
Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois 62226
Phone: (618)222-5945
Fax: (618)222-6755
E-mail: britt@cavanagh-ohara.com

```
S:\c&o\Files\Carpenters\CARPH&W\RJ Unes\Status.Report.2.wpd
```