IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, and CARPENTERS LOCAL 183, <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT UNES d/b/a R.J. UNES CONSTRUCTION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) No. 05-3135 ) ) ) ) ) |

**Certificate of Service**

I hereby certify that on January 12, 2006, I electronically filed a Status Report with the Clerk of Court using the CM/ECF system and I hereby certify that on January 12, 2006, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

    Robert J. Unes
    8010 North Sommer Street
    Peoria, Illinois 61615

    Respectfully submitted,
    s/britt w. sowle
    Britt W. Sowle
    Cavanagh & O'Hara
    1609 North Illinois Street
    Swansea, Illinois 62226
    Phone: (618)222-5945
    Fax: (618)222-6755
    E-mail: britt@cavanagh-ohara.com