IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, and CARPENTERS LOCAL 183, <br><br>     Plaintiffs, <br><br> vs. <br><br> Robert Unes d/b/a R.J. UNES CONSTRUCTION, <br><br>     Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) No. 05-3135 ) ) ) ) ) |

**Certificate of Service**

I hereby certify that on February 15, 2006, I electronically filed a Stipulation to Dismiss with the Clerk of Court using the CM/ECF system and I hereby certify that on February 15, 2006, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

Robert Unes, Owner
d/b/a R.J. Unes Construction
8010-B Sommer Street
Peoria, Illinois 61615

Respectfully submitted,
s/Britt W. Sowle
Britt W. Sowle
Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois 62226
Phone: (618)222-5945
Fax: (618)222-6755
E-mail: britt@cavanagh-ohara.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, and CARPENTERS LOCAL 183, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 05-3135 |
| Robert Unes d/b/a R.J. UNES CONSTRUCTION, | ) ) ) ) | |
| Defendant. | ) | |

**Certificate of Service**

I hereby certify that on February 15, 2006, I electronically filed a Stipulation to Dismiss with the Clerk of Court using the CM/ECF system and I hereby certify that on February 15, 2006, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

Robert Unes, Owner
d/b/a R.J. Unes Construction
8010-B Sommer Street
Peoria, Illinois 61615

Respectfully submitted,
s/Britt W. Sowle
Britt W. Sowle
Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois 62226
Phone: (618)222-5945
Fax: (618)222-6755
E-mail: britt@cavanagh-ohara.com