IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS | ) | |
| HEALTH & WELFARE TRUST FUND, | ) | |
| MID-CENTRAL REGIONAL COUNCIL | ) | |
| OF CARPENTERS, MID-CENTRAL | ) | |
| REGIONAL COUNCIL OF CARPENTERS | ) | |
| APPRENTICESHIP FUND, CENTRAL | ) | |
| ILLINOIS CARPENTERS ANNUITY | ) | |
| FUND, and CARPENTERS LOCAL 183, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 05-3135 |
| | ) | |
| Robert Unes d/b/a R.J. UNES | ) | |
| CONSTRUCTION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DISMISSING CASE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

THIS CAUSE, coming before the Court on the Stipulation to Dismiss pursuant to Rule 41(a)(1)(ii) and the terms of the written Settlement Agreement, a copy of which is attached to the Stipulation to Dismiss and incorporated into this Order by reference, and the parties further agreeing in that Stipulation to Dismiss that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

IT IS THEREFORE ORDERED, that this action is dismissed without prejudice. Pursuant to Kokkenen v. Guardian Life Insurance Company of America, 511 U.S. 375 (1994), this Court retains jurisdiction over this matter for the purpose of enforcing the terms of the written Settlement Agreement.

Entered:_____          _____
                                                                  JUDGE