IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, and CARPENTERS LOCAL 183, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 05-3135 |
| ROBERT UNES d/b/a/ R.J. UNES CONSTRUCTION, | ) ) ) ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause comes before the Court on the Stipulation to Dismiss pursuant to Rule 41(a)(1)(ii) (d/e 12), and the terms of the written Settlement Agreement, a copy of which is attached to the Stipulation to Dismiss and incorporated into this Order by reference, and the parties agreeing in that Stipulation to Dismiss that the Court shall retain

1

jurisdiction to enforce the terms of the Settlement Agreement.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice.  Pursuant to <u>Kokkonen v. Guardian Life Insurance Company of America</u>, 511 U.S. 375 (1994), this Court retains jurisdiction over this matter for the purpose of enforcing the terms of the written Settlement Agreement.

IT IS THEREFORE SO ORDERED.

ENTER:   February 16, 2006.

      FOR THE COURT:

          s/ Jeanne E. Scott
          JEANNE E. SCOTT
          UNITED STATES DISTRICT JUDGE