## SETTLEMENT AGREEMENT

It is hereby agreed by and between CENTRAL ILLINOIS CARPENTERS HEALTH AND WELFARE TRUST FUND, hereinafter referred to as "FUND", and RJ UNES CONSTRUCTION, hereinafter referred to as "EMPLOYER", to enter into a Settlement Agreement with respect to the delinquent contributions owed to FUND by EMPLOYER.

WITNESSETH:

1. EMPLOYER agrees to make one lump sum payment and fifteen payments monthly to the FUND to retire the amount of $46,495.41

| PAYMENT DUE | PAYMENT AMT | BALANCE DUE |
|---|---|---|
| Initial Payment pd. 2-15-06 ck 9602 | $ 4,000.00 | $ 42,495.41 |
| January 1, 2006 pd. 2-15-06 ck 9602 | $ 2,833.03 | $ 39,662.38 |
| NSF, February 1, 2006 pd. 3-14-06 ck# 9628 / pd. 4-24-06 ck#9660 | $ 2,833.03 | $ 36,829.35 |
| March 1, 2006 | $ 2,833.03 | $ 33,996.32 |
| April 1, 2006 | $ 2,833.03 | $ 31,163.29 |
| May 1, 2006 | $ 2,833.03 | $ 28,330.26 |
| June 1, 2006 | $ 2,833.03 | $ 25.497.23 |
| July 1, 2006 | $ 2,833.03 | $ 22,664.20 |
| August 1, 2006 | $ 2,883.03 | $ 19,831.17 |
| September 1, 2006 | $ 2,833.03 | $ 16,998.14 |
| October 1, 2006 | $ 2,883.03 | $ 14,165.11 |
| November 1, 2006 | $ 2,883.03 | $ 11,332.08 |
| December 1, 2006 | $ 2,883.03 | $  8,499.05 |
| January 1, 2007 | $ 2,883.03 | $  5,666.02 |
| February 1, 2007 | $ 2,883.03 | $  2,832.99 |
| March 1, 2007 | $ 2,832.99 | $   -0- |

2. The above payments are to be made by cashier's check or money order payable to CENTRAL ILLINOIS CARPENTERS HEALTH AND WELFARE TRUST FUND. Payments are to be mailed to the offices of Cavanagh & O'Hara, 1609 North Illinois Street, Swansea, Illinois 62226.

3. EMPLOYER agrees to remain current on all monthly contributions due to the FUND making monthly payments throughout the duration of this Agreement.

EXHIBIT 1

DEC-27-2005 12:07    TOUCH OF CLASS AUTOBODY    309 693 8599    P.06/06

4.   Mr. Unes is providing collateral which consists of the items listed on the attached Exhibit "A" with a collateral value of $50,000.00 . Mr. Unes has agreed that we have a security interest in the equipment included in Exhibit A. Further, Mr. Unes is representing that to the best of his knowledge no other security interest exists in said equipment. It is hereby agreed to by Employer that through possession of a secured interest in the items listed in Exhibit "A", the Fund may, upon default by Employer in payment of any of the installments of the above principal, choose to collect, take legal and physical possession, and liquidate said items by sale, with the proceeds of such sale to be applied towards the sums owed under this promissory note.

5.   It is agreed between the parties that if EMPLOYER complies with FUND'S in full with this Settlement Agreement, no further collection proceedings will be instituted. However, should EMPLOYER fail to make the payments as outlined above, this Settlement Agreement shall become null and void, the entire balance in the sum of $46,495.41 minus any previous payments will be immediately due and owing as of the first day of the following month and FUND shall use any means authorized by law to collect the balance due and owing, plus additional court costs and attorney's fees. EMPLOYER further agrees, that upon notice, they shall be required to appear before the Federal District Court, Central Illinois, to show cause why they have not complied with the Settlement Agreement and shall be subject to contempt for failure to show reasonable cause thereof.

This Agreement entered into this 27 day of December , 2005, by and between the parties above written.

CENTRAL ILLINOIS CARPENTERS
HEALTH AND WELFARE TRUST FUND

By: _Britt W. Sowle_
Britt W. Sowle
Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois 62226
(618) 222-5945

RJ UNES CONSTRUCTION

By: _Robert J. Unes_
Robert Unes

Promissory Note

    **RJ Unes Construction**, hereinafter referred to as Employer), located at 8010-B North Sommer Street, Peoria, Illinois 61615, hereby promises to pay **Central Illinois Carpenters Health and Welfare Trust Fund** (hereinafter referred to as Fund) of 200 South Madigan Drive, Lincoln, Illinois 62656, the total sum of **$46,495.41,** which includes the following: audit liability due, liquidated damages, interest, audit costs, and attorney fees. The sixteen (16) installments shall begin thirty days after the execution of the agreement and end on March 1, 2007. The initial payment (due within thirty (30) days after the execution of the agreement), shall be in the amount of four thousand dollars (**$4,000.00**). The remaining fifteen (15) installments shall be in the amount of **$2,833.03** due the 1st day of each month. Failure to meet the monthly payments will result in the <u>entire balance being due at once</u>. As additional security, the undersigned hereby irrevocably authorizes any attorney of any court of record to appear for the undersigned in such court, after default in paying any of the foregoing installments due hereunder, and confess a judgment without process in favor of the holder of this note for such amount as may appear to be unpaid thereon, including all future installments not yet due and payable together with costs and reasonable attorney's fees incurred in collecting the balance due of this note after default in payment thereon.

    Mr. Unes is providing collateral which consists of the items listed on the attached Exhibit A with a collateral value of $50,000.00. Exhibit "A" is hereby incorporated by reference into the terms of this promissory note. Mr. Unes has agreed that we have a security interest in the equipment included in Exhibit A. Further, Mr. Unes is representing that to the best of his knowledge no other security interest exists in said equipment. It is hereby agreed to by Employer that through possession of a secured interest in the items listed in Exhibit "A", the Fund may, upon default by Employer in payment of any of the installments of the above principal, choose to collect, take legal and physical possession, and liquidate said items by sale, with the proceeds of such sale to be

applied towards the sums owed under this promissory note.

It is hereby expressly understood and agreed that if default be made in payment of any installments of the above principal, the principal sum above mentioned or any balance unpaid thereon together with all arrangements thereon shall, at the option of the legal holder hereof, become immediately due and payable without notice, demand or presentment and shall be collectible immediately or at any time after such default.

Dated this __27__ day of __Dec.__, 2005.

Witnessed by:

_____

*Robert J. Unes* (signature)
RJ Unes Construction
Address: 4010 N. Sommer St.
Peoria IL 61615



**R.J. Unes Construction, Inc.**
8010 N. Sommer Street • Peoria, IL 61615
Phone: (309) 693-9356
Fax: (309) 693-9270

1 - 40'-0 Semi Trailer for Storage

1  L.H. Die
1  R.H. Die
1  Operator Slot Die
1  Jamb Die
1  Screen Hole Die
1  Rivet Machine for Activator Bar
20 lbs Rivets
16 pc. Jalousie Jamb Stock - 16'-0 pc.
25 pc. Activator Bar Stock
10 pc. Sill Stock
13 pc. Wide Head Stock
4 pc. Mullion Stock
5000 ± L.H. Jalousie Clips
6000 ± R.H. Jalousie Clips
2 - 1500 FT Rolls Head + Sill Vinyl
1 - 1100 FT Roll Jamb Vinyl
3 Boxes Jalousie Glass 36", 42"
Misc Glass - Several pcs.
24 pc Operators
1 Peening Machine for Dalco Panels
1 Center Bar Dovetail Machine for Dalco Panels

Residential & Commercial Remodeling • General Contractor • Construction Management

EXHIBIT
A