DEC-27-2005  12:05    TOUCH OF CLASS AUTOBODY                309 693 8599        P.03

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, and CARPENTERS LOCAL 183, <br><br> Plaintiffs, <br><br> vs. <br><br> Robert Unes d/b/a R.J. UNES CONSTRUCTION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 05-3135 |

## STIPULATION TO DISMISS

NOW COME the parties and pursuant to Rule 41(a)(1)(ii) stipulate that the above action is dismissed without prejudice pursuant to a Settlement Agreement, a copy of which is attached to this Stipulation to Dismiss. The parties further agree that the District Court shall retain jurisdiction pursuant to the case of <u>Kokkenen v. Guardian Life Insurance Company of America,</u> 511 U.S. 375 (1994), to enforce the terms of the Settlement Agreement.

CENTRAL ILLINOIS CARPENTERS
HEALTH & WELFARE TRUST FUND

By: _____
Britt W. Sowle
Attorney for Plaintiff
1609 North Illinois Street
Swansea, Illinois 62226

ROBERT UNES D/B/A R.J. UNES
CONSTRUCTION

By: _____
Robert Unes, President
8010-B North Sommer Street
Peoria, Illinois, 61615


EXHIBIT 2