IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, and CARPENTERS LOCAL 183, <br><br>      Plaintiffs, <br><br> vs. <br><br> ROBERT UNES d/b/a R.J. UNES CONSTRUCTION, <br><br>      Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 05-3135 ) ) ) ) ) ) |

### AMENDED AFFIDAVIT IN SUPPORT OF ATTORNEY FEES

I, BRITT W. SOWLE, having first been duly sworn on oath, state that the following itemization accurately represents the time and costs expended by Cavanagh & O'Hara in this cause:

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 3/18/04 | Received and reviewed letter regarding delinquency, signed agreement, and reporting forms from Janet Kerns with the Fund Office. Preparation of demand letter to employer. T | 1.00 |
| 3/19/04 | Received and reviewed correspondence from Janet Kerns at the Fund Office regarding Bob Unes' payment of delinquency. Review file. Received and reviewed second correspondence from Janet Kerns regarding proceeding with demand letter for delinquent contributions. T | 0.25 |
| 4/15/04 | Telephone conference with Bob Unes of RJ Unes Construction regarding payment of late fees and attorney fees. Review file. | 0.25 |

1


EXHIBIT 3

| Date | Description | Hours |
|---|---|---|
| 4/16/04 | Received and reviewed correspondence from Janet kerns regarding RJ Unes Construction. | 0.10 |
| 4/21/04 | Review file. Preparation of Promissory Note and Settlement Agreement for delinquency of RJ Unes Construction. Transmittal of same to Janet Kerns at the Fund Office. Preparation of correspondence to Robert Unes enclosing Note and Settlement Agreement. | 1.80 |
| 5/17/04 | Telephone conference with Bob of RJ Unes Construction regarding payment and execution of Installment Note. Review file. | 0.30 |
| 5/19/04 | Received and reviewed installment payment and payment #1 from Bob Unes of RJ Unes Construction. Review file. Preparation of letter to Janet Kerns of the Fund Office enclosing same. Calendar payment plan. | 0.75 |
| 7/8/04 | Telephone conference with Bob Unes regarding installment payment pursuant to Promissory Note. | 0.20 |
| 7/13/04 | Received and reviewed payment from RJ Unes Construction pursuant to installment agreement. Review file. Preparation of letter to Janet Kerns enclosing same. | 0.50 |
| 9/7/04 | Review file. Preparation of letter to employer demanding payment pursuant to Installment note. | 0.80 |
| 9/7/04 | Received and reviewed correspondence from Janet at the Fund Office regarding status of file. Review file. Preparation of response to Janet regarding same. | 0.10 |
| 9/14/04 | Received and reviewed installment payment from RJ Unes. Review file. Preparation of correspondence to Janet at the Fund Office enclosing same. | 0.60 |
| 10/5/04 | Received and reviewed payment from RJ Unes for late fees pursuant to installment note. Review file. Preparation of letter to Janet Kerns at the Fund Office enclosing same. | 0.50 |
| 10/12/04 | Received and reviewed correspondence from Janet Kerns regarding RJ Unes delinquency. Preparation of demand letter to employer for delinquent contributions for June 2003 through current. | 1.00 |
| 10/20/04 | Telephone conference with Bob Unes of RJ Unes Construction | |

|  |  |  |
|---|---|---|
|  | regarding payment of delinquency and installment payment. Review file. Preparation of email to Janet Kerns at the Fund Office regarding same. | 0.25 |
| 10/28/04 | Received and reviewed correspondence from Janet at the Fund Office requesting status update. Review of file. Preparation of status update. Transmittal of same to Janet. | 1.00 |
| 11/4/04 | Received and reviewed payment from RJ Unes pursuant to executed Promissory Note. Review file. Preparation of letter enclosing same to Janet Kerns at the Fund Office. | 0.50 |
| 11/15/04 | Telephone conference with Bob Unes of RJ Unes Construction regarding payment of delinquency. Preparation of correspondence to Janet Kerns at the Fund Office regarding same. | 0.20 |
| 12/2/04 | Review file. Preparation of demand letter to delinquent employer for payment pursuant to installment note. | 0.70 |
| 12/7/04 | Received and reviewed email from Janet Kerns regarding delinquency status of RJ Unes. Preparation of demand letter to employer for June 2004 through current. | 1.00 |
| 12/14/04 | Received and reviewed installment payment from RJ Unes. Preparation of letter to Janet at the Fund Office enclosing same. | 0.50 |
| 1/6/05 | Review file. Telephone conference with Bob Unes of RJ Unes Construction regarding payment. | 0.20 |
| 1/10/05 | Received and reviewed correspondence from Janet Kerns regarding RJ Unes matter. Review file. | 0.10 |
| 1/20/05 | Received and reviewed installment payment for December and January and reporting forms for June 2004 through September 2004. Review file. Preparation of letter to Janet Kerns at the Fund Office enclosing same. | 0.80 |
| 2/3/05 | Received and reviewed correspondence from Janet Kerns with the Fund Office regarding delinquency. | 0.10 |
| 3/8/05 | Left message for Bob Unes regarding payment on installment note. Preparation of final notice regarding same. | 0.50 |
| 3/16/05 | Received and reviewed correspondence from Janet Kerns regarding delinquency. Preparation of demand letter to |  |

| | | |
|---|---|---|
| | employer regarding payment of same. | 0.75 |
| 4/11/05 | Review file. Left message for Bob Unes regarding payment of delinquency. Preparation of correspondence to Janet Kerns regarding same. | 0.15 |
| 4/11/05 | Telephone conference with Janet Kerns regarding RJ Unes Construction. | 0.10 |
| 4/11/05 | Telephone conference with Bob Unes of RJ Unes Construction regarding payment of delinquency and payment plan. Review file. | 0.25 |
| 4/18/05 | Received and reviewed correspondence and payment pursuant to executed installment agreement. Review file. Preparation of correspondence to Janet Kerns enclosing same. | 0.75 |
| 5/10/05 | Review file. Calculate outstanding amounts due. Preparation of email to Janet Kerns regarding same. | 0.50 |
| 5/19/05 | Telephone conference with Illinois Secretary of State to obtain corporate status. Telephone conference with Sheriff's Department regarding service of Summons. Preparation of draft Complaint and Affidavit in Support of Attorney Fees. | 1.80 |
| 5/27/05 | Finalize complaint. Preparation of Civil Coversheet, Certificate of Interest and Summons. Assemble exhibits. | 1.00 |
| 6/1/05 | Received and reviewed correspondence from Janet Kerns regarding status updates. Preparation of response to Janet regarding same. | 0.10 |
| 6/1/05 | Received and reviewed file stamped Complaint from U.S. District Court. Preparation of letter to Peoria County Sheriff's Department to serve Complaint and Summons upon Defendant. Transmittal of same. | 0.50 |
| 6/24/05 | Received and reviewed executed Summons from Peoria County Sheriff's Department. File same with U.S. District Court via electronic filing. | 0.50 |
| 7/07/05 | Telephone conference with Bob Unes of RJ Construction regarding Answer to Complaint. | 0.20 |
| 7/11/05 | Received and reviewed correspondence and October 2004 through June 2005 reporting forms. Preparation of fax to Janet Kerns with the Fund Office attaching same. Preparation of correspondence to | |

| | | |
|---|---|---|
| | Michelle Shadid at Romolo & Associates to scheduling payroll audit. | 1.00 |
| 7/26/05 | Review of proposed Discovery Plan. | 0.10 |
| 7/26/05 | Transmittal of proposed discovery plan to U.S. District Court via electronic filing. | 0.25 |
| 7/26/05 | Telephone conference with Bob Unes regarding scheduling plan and collateral available. Preparation of proposed discovery plan. Transmittal of same via fax to Mr. Unes. | 1.10 |
| 8/2/05 | Conference call with R.J. Unes and Judge Cudmore regarding Proposed Discovery Plan and audit and proposed resolution. | 0.30 |
| 8/5/05 | Review file. Preparation of correspondence to Michelle Shadid of Romolo & Associates regarding scheduling payroll audit. | 0.30 |
| 8/9/05 | Received and reviewed correspondence from Michelle Shadid of Romolo & Associates regarding audit date with employer | 0.30 |
| 8/24/05 | Received and reviewed correspondence from Janet Kerns of the Fund Office requesting status of file. Review file. Preparation of update regarding delinquent employer. | 0.10 |
| 9/14/05 | Status conference call with Court. | 0.30 |
| 9/21/05 | Review file. Preparation of letter to employer regarding audit liability due and owing with attached order regarding telephone conference with U.S. District Court. | 1.20 |
| 10/18/05 | Received and reviewed Request for Entry of Default Judgment. | 0.50 |
| 10/18/05 | Review file. Left message for Defendant regarding payment of delinquent contributions and audit liability due. | 0.20 |
| 10/18/05 | Review file. Preparation of Request for Entry of Default, Affidavit in Support of Motion for Default Judgment, Order of Default, and Certificate of Service. | 1.40 |
| 10/19/05 | Telephone conference with Robert Unes regarding collateral available to put up as security on the payment plan. Review file. Preparation of correspondence to Janet Kerns of Fund Office regarding additional amounts due. Preparation of draft installment Agreement and Settlement Agreement. | 1.50 |
| 10/19/05 | Conference with Judge Cudmore and Robert Unes. | 0.30 |

| | | |
|---|---|---|
| 10/19/05 | Received and reviewed file stamped Request for Entry of Default Judgment with Exhibits. | 0.10 |
| 10/20/05 | Received and reviewed correspondence from Janet Kerns with the Fund Office regarding late penalties due. Review file. Preparation of drafted Settlement Agreement and Promissory Note. | 1.00 |
| 10/28/05 | Received and reviewed Promissory Note to be sent to defendant. Added language to section regarding security interest in equipment. | 0.50 |
| 11/8/05 | Received and reviewed Court Order from U.S. District Court regarding filing Status Report. | 0.20 |
| 11/9/05 | Review file. Preparation of Stipulation to Dismiss and proposed Order. Letter to delinquent employer demanding list of collateral and execution of Stipulation, Settlement Agreement and Promissory Note. | 1.20 |
| 11/14/05 | Received and reviewed list of collateral from Robert Unes. Review file. Finalize pleadings. | 0.50 |
| 11/30/05 | Review file. Preparation of Status Report and Certificate of Service. File same with U.S. District Court via e-filing. Transmittal of same. | 1.00 |
| 1/3/06 | Review file. Reviewed and signed Stipulation to Dismiss case pursuant to Settlement Agreement. Postponed filing until first two installments received. | 0.50 |
| 1/3/06 | Received and reviewed Order from U.S. District Court regarding status report due before January 13, 2006. | 0.20 |
| 1/3/06 | Received and reviewed executed payment plan and Settlement Agreement from employer with attached collateral listing Finalize Stipulated Dismissal. | 0.50 |
| 1/3/06 | Preparation of fax to Robert Unes of RJ Unes regarding initial payment due. | 0.20 |
| 1/12/06 | Review file. Preparation of Status Report pursuant to U.S District Court Order. E-file same with U.S. District Court. | 0.70 |
| 1/12/06 | Review file. Review draft status report. | 0.25 |
| 1/18/06 | Review file. Called employer to determine status of payment due on Promissory Note. | 0.20 |

| Date | Description | Hours |
|---|---|---|
| 2/1/06 | Received and reviewed correspondence from Janet Kerns with the Fund Office regarding delinquent employer. Review file. Preparation of response to Janet Kerns. | 0.10 |
| 2/8/06 | Review file. Discussed late payments with employer. Established deadline for default. | 0.20 |
| 2/13/06 | Review file. Discussed status of case with Judge's office and informed them of intention to file default. | 0.25 |
| 2/15/06 | Received and reviewed payment from delinquent employer pursuant to executed Promissory Note and Settlement Agreement. File Stipulated Dismissal and Settlement Agreement with U.S. District Court via electronic filing. Preparation of letter to Janet Kerns with the Fund Office enclosing same. | 1.15 |
| 2/17/06 | Received and reviewed Opinion from U.S. District Court agreeing with Stipulation to Dismiss and retaining jurisdiction to enforce the terms of the Settlement Agreement. | 0.25 |
| 3/6/06 | Review notification of late payments and deadline. Signed notice. | 0.15 |
| 3/6/06 | Review file. Preparation of letter to employer demanding payment pursuant to terms of Settlement Agreement. Transmittal of same via fax and regular mail. | 0.80 |
| 3/10/06 | Review file. Left voice message for employer regarding payment pursuant to executed Settlement Agreement. | 0.25 |
| 3/14/06 | Received and reviewed payment from employer pursuant to executed Promissory Note and Settlement Agreement. Preparation of letter to Fund Office enclosing same. | 0.70 |
| 4/3/06 | Received and reviewed correspondence from Janet Kerns with the Fund Office regarding delinquent employer's non-sufficient Funds checks. Review file. Preparation of response to Janet Kerns of Fund Office regarding same. | 0.20 |
| 4/19/06 | Review file. Contacted employer to demand payment. Calendared for three days before filing suit. | 0.25 |
| 4/24/06 | Received and reviewed payment from employer per the executed Promissory Note and Settlement Agreement. Preparation of Letter to Janet Kerns enclosing same. | 0.70 |
| 4/27/06 | Received letter from Fund Office requesting update. Preparation of | |

|  |  |  |
|---|---|---|
|  | Status Report after reviewing file. | 0.50 |
| 5/10/06 | Review file. Preparation of draft Request for Entry of Default, Order of Default, Motion for Default Judgment, Affidavit in Support of Motion for Default Judgment, Order, Notice of filing Default Judgement and Amended Affidavit in Support of Attorney Fees. | 2.00 |
|  | TOTAL HOURS 39.70 X $90.00 PER HOUR | $3,573.00 |
|  | TOTAL HOURS 2.00 X $155.00 PER HOUR | $310.00 |
|  | TOTAL HOURS 2.30 X $175.00 PER HOUR | $402.50 |
| 5/23/05 | U.S. District Court | $250.00 |
| 5/23/05 | Peoria County Sheriff | $23.83 |
|  | **TOTAL AMOUNT DUE** | **$4,559.33** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

s/ BRITT W. SOWLE
BRITT W. SOWLE
**CAVANAGH & O'HARA**
Attorney for Plaintiffs
1609 North Illinois Street
Swansea, Illinois 62226
Telephone: 618/222-5945
Facsimile: 618/222-6755
britt@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me on this 23 day of May 2006.

NOTARY PUBLIC

OFFICIAL SEAL
TAMARA M. STICE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-26-2006