IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, and CARPENTERS LOCAL 183,<br><br>      Plaintiffs,<br><br>vs.<br><br>ROBERT UNES d/b/a R.J. UNES CONSTRUCTION,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 05-3135<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

This cause coming to be heard on Plaintiffs' Motion to Enforce Settlement Agreement, and the Court having reviewed said Motion and other pleadings, and the Complaint having been duly filed and served upon the Defendant, ROBERT UNES d/b/a R.J. UNES CONSTRUCTION, and that the Defendant failed to abide by the Settlement Agreement, the Plaintiffs are hereby granted an Order against Defendant, ROBERT UNES d/b/a R.J. UNES CONSTRUCTION, as follows:

A.   An Order against the Defendant, ROBERT UNES d/b/a R.J. UNES CONSTRUCTION, to remit to Plaintiffs audit liability due, liquidated damages, interest, and audit costs after defaulting on the executed Promissory Note and Settlement Agreement in the amount of $36,829.35;

1

B. That Defendant be decreed to pay to the Plaintiffs its attorney fees to date in the amount of $4,559.33, as provided by ERISA, 29 U.S.C. Section 1132(g)(2) and the terms of the Promissory Note and Settlement Agreement;

C. That as part of the Order, Plaintiff be granted full legal and physical possession of the collateral listed in the Agreement, and that Plaintiff and/or its agents be granted unhindered access to said collateral for the purpose of effectuating a liquidation sale;

D. That Plaintiff be awarded the amounts due for any additional months in which contributions, at the time this Order is entered, have not been remitted to the Fund, plus reasonable attorneys fees incurred by Plaintiffs in prosecuting this claim.

E. That Defendant be specifically required to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs the required contribution reports and payments heretofore referred to;

F. That Plaintiffs be awarded such other and further relief as the Court deems just and equitable, all at Defendant's cost.

ENTERED this_____day of_____, 2006.

_____
**United States District Judge**