E-FILED
Tuesday, 20 June, 2006  02:39:29 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, and CARPENTERS LOCAL 183,<br><br>Plaintiffs,<br><br>vs.<br><br>Robert Unes d/b/a R.J. UNES CONSTRUCTION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 05-3135<br>)<br>)<br>)<br>)<br>) |

**Certificate of Service**

I hereby certify that on June 20, 2006, I electronically filed a Motion to Enforce Settlement Agreement with the Clerk of Court using the CM/ECF system and I hereby certify that on June 20, 2006, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

Robert Unes, Owner
d/b/a R.J. Unes Construction
8010-B Sommer Street
Peoria, Illinois 61615

                                          Respectfully submitted,
                                          s/Britt W. Sowle
                                          Britt W. Sowle
                                          Cavanagh & O'Hara
                                          1609 North Illinois Street
                                          Swansea, Illinois 62226
                                          Phone: (618)222-5945
                                          Fax: (618)222-6755
                                          E-mail: britt@cavanagh-ohara.com