

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL ILLINOIS CARPENTERS )
HEALTH & WELFARE TRUST FUND, )
MID-CENTRAL ILLINOIS REGIONAL )
COUNCIL OF CARPENTERS, MID- )
CENTRAL ILLINOIS REGIONAL )
COUNCIL OF CARPENTERS )
APPRENTICESHIP FUND, CENTRAL )
ILLINOIS CARPENTERS ANNUITY )
FUND, and CARPENTERS LOCAL 183, )
                                                         )
      Plaintiffs,               )
                                                         )
vs.                                                 )   No. 05-3135

ROBERT UNES d/b/a R.J. UNES )
CONSTRUCTION, )
     Defendant. )

## CITATION TO DISCOVER ASSETS

    To:   South Side Bank
            South Side Trust and Savings Bank
            2119 S.W. Adams Street
            Peoria, IL 61602

     **YOU ARE COMMANDED** to appear before the Honorable presiding Magistrate Judge Byron Cudmore at the United States District Court, Central District, 151 U.S. Courthouse, 600 E. Monroe Street Springfield, IL 62701, on **January 14, 2008 at 10:00 a.m.** to be examined under oath concerning the property or income of ROBERT UNES d/b/a R.J. UNES CONSTRUCTION.

     On September 19, 2006, this Court entered a Judgment in the amount of $36,829.35 for audit liability due, liquidated damages, interest and audit costs after defaulting on an executed Note and Agreement and attorney fees in the amount of $4,559.33.

     **YOU ARE COMMANDED** to produce at the examination (bring with you) all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness of ROBERT UNES d/b/a R.J. UNES CONSTRUCTION.

1

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to him and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to him, until the further order of this Court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of judgment.

**FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN JAIL.**

WITNESS:    JOHN M. WATERS, Clerk of the District Court, and the seal thereof, at Springfield, Illinois.

Dated: December 18, 2007.

s/ John M. Waters
_____
Clerk of Court

John A. Wolters
**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Facsimile: (217) 544-9894
johnwolters@cavanagh-ohara.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL ILLINOIS CARPENTERS )
HEALTH & WELFARE TRUST FUND, )
MID-CENTRAL ILLINOIS REGIONAL )
COUNCIL OF CARPENTERS, MID- )
CENTRAL ILLINOIS REGIONAL )
COUNCIL OF CARPENTERS )
APPRENTICESHIP FUND, CENTRAL )
ILLINOIS CARPENTERS ANNUITY )
FUND, and CARPENTERS LOCAL 183, )
)
    Plaintiffs, )
)
vs. ) No. 05-3135
)
ROBERT UNES d/b/a R.J. UNES )
CONSTRUCTION, )
)
    Defendant. )

## THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

_____(Citation Respondent), certifies under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A)    Savings Account (Amount withheld) $_____

B)    Checking and/or Now Account (Amount withheld) $ _____

C)    Certificate of Deposit (Amount held)$_____

D)    Money Market Account (Amount held) $_____

E)    Trust Account (Amount held) $ _____

F)    Safety Deposit Box $ _____

G) No Accounts _____

H) Adverse Claimant: Name _____ Address _____

_____

I) Wages, Salary or Commissions _____

J) Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation

**Sub-Total** _____

Less right of offset for other loans        _____

Less deduction for fees limited by
205 ILCS 5/48.1                              _____

**Total** _____

According to the business records kept by the Citation Respondent, we show the above information to be correct.

_____
Agent for Citation Respondent

_____
Date

Respondent/Agent:

Agent Name _____
Business Name _____
Address _____
_____
Phone _____
Fax _____

**A COPY OF THIS ANSWER SHOULD BE MAILED TO THE COURT, ATTORNEY FOR PLAINTIFF OR JUDGMENT CREDITOR AND THE DEFENDANT.**

4



# COUNTY OF PEORIA - OFFICE OF THE SHERIFF

# Michael D. McCoy

324 MAIN STREET    ROOM B-20    PEORIA COUNTY COURTHOUSE    PEORIA, ILLINOIS 61602-1374    (309)672-6040

## CORPORATION

### RETURN OF SERVICE

STATE OF ILLINOIS - COUNTY OF PEORIA    CASE # 05-00-03135    0711482

I HAVE THIS 02ND DAY OF JANUARY , 2008, SERVED/EXECUTED THE WITHIN COURT DOCUMENTS THEREOF WITH ANY ATTACHED SUMMONS, COMPLAINT, JUDGEMENT, AND/OR PETITION UPON SOUTH, SIDE BANK    AND A STOCKMAN REGISTERED AGENT, OFFICER, OR AGENT OF THE CORPORATION.

PERSON SERVED : SEX F  RACE W  AGE 030  TIME 10:52:  DATE 01/02/2008
PLACE OF SERVICE: 2119   SW ADAMS ST         PEORIA       , IL
SERVICE FEE DUE : $17.83
MICHAEL D. MC COY       BY:   0405      JOHNSON, DIANE
SHERIFF OF PEORIA COUNTY

OFFICER : _____  **SIGNATURE REDACTED**

SENT COPY: _____

### SERVICE HISTORY

01/03/2008 12:36 PM 0405 CORPORATION SERVED - REG AGENT
    *SERVICE COMPLETE*