# South Side Bank
**SOUTH SIDE TRUST and SAVINGS BANK**
MEMBER FDIC

*A Subsidiary of Mid Illinois Bancorp, Inc.*

2119 S.W. Adams Street • Peoria, Illinois 61602 • (309) 676-0521 • Fax: (309) 676-8494 • www.southsidebank.com

FILED
JAN - 8 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

January 4, 2008

United States District Court
Central District, 151 U.S. Courthouse
600 E. Monroe Street
Springfield, Il 62701

To Whom It May Concern:

In regards to the Citation to Discover Assets on Robert Unes d/b/a R.J. Unes Construction, Case No. 05-3135. South Side Trust & Savings Bank has no accounts for Robert Unes individually. We do have an account in the name of R.J. Unes Construction, Inc. in which there are no funds.
Please contact me if you need further assistance.

Sincerely,

Karen Smith
Bookkeeping Supervisor
South Side Trust & Savings Bank
2119 SW Adams St
Peoria, Il 61602
Fax (309) 676-0521
Phone (309) 676-6232